B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**Central District of California**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trago International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**32-0129984** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**770 Northwood Boulevard, Suite 8**<br>**Incline Village, Nevada**<br>ZIP CODE **89451** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Washoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  **Distilled Spirits**

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                       THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| [ ] 1-49 | [x] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**FILED**
**DEC 18 2009**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

B 1 (Official Form 1) (1/08)                                                                   Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Trago International, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: District of Nevada | Case Number: 09-28095 | Date Filed: 09/28/09 |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Central District of California | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☒ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                             _____
                                             (Name of landlord that obtained judgment)

                                             _____
                                             (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Trago International, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of Attorney*

X *[signed]*
Signature of Attorney for Debtor(s)
**William C. Rawson Jr. California Bar No. 64505**
Printed Name of Attorney for Debtor(s)
**Law Offices of William C. Rawson Jr.**
Firm Name
**2524 Seaview Avenue**
Address **Corona Del Mar, California 92625**

**(310) 291-6695**
Telephone Number
**12/17/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual
**Christopher Condon**
Printed Name of Authorized Individual
**Chairman of Trago International, Inc.**
Title of Authorized Individual
**12/17/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

United States Bankruptcy Court
District of Nevada

IN RE:                                                  Case No. _____

TRAGO INTERNATIONAL, INC.                               Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| RICHARD T. CONDON<br>540 WEST HORIZON RIDGE #302<br>HENDERSON, NV 89012 | | Trade debt | | 225,000.00 |
| TEQUILERA LOS ALAMBIQUES<br>COLONIA CENTRO ARANDAS JALISCO MX 47180<br>ANDRAS MX, MX 58770203 | | Trade debt | | 161,586.76 |
| ROLAND BYE<br>5 HUTTON CENTRE DRIVE SUITE 805<br>SANTA ANA, CA 92707 | | Trade debt | | 135,436.44 |
| BANK OF AMERICA<br>CT HOLDINGS | | Bank loan | | 79,210.00 |
| JOHN ADSIT<br>15755 ENADIA WAY<br>LAKE BALBOA, CA 91406 | | Trade debt | | 151,500.00 |
| BLAINE CALLAHAN<br>CALLAHAN & BLAINE<br>3 HUTTON CENTRE DRIVE #900<br>SANTA ANA, CA 92707 | | Trade debt | | 56,883.43 |
| STRADLING YOCCA<br>STRADLING YOCCA, Et., Al.<br>660 NEWPORT CENTER DRIVE #1600<br>NEWPORT BEACH, CA 92660 | | Trade debt | | 52,718.57 |
| GARY CAPATA, CPA<br>28202 CABOT ROAD SUITE 305<br>LAGUNA NIGUEL, CA 92677 | | Trade debt | | 38,286.70 |
| CHRISTOPHER T. CONDON<br>2215-B RENAISSANCE DRIVE - SUITE 16<br>LAS VEGAS, NV 89119 | | Trade debt | | 34,330.00 |
| YOUNGS MARKET COMPANY<br>500 SOUTH CENTRAL AVE.<br>LOS ANGELES, CA 90013 | | Trade debt | | 32,339.01 |
| MORRIS NICHOLS<br>JONES DAY, JONES DAY<br>3161 MICHELSON DRIVE SUITE 800<br>IRVINE, CA 92612 | | Trade debt | | 26,740.86 |
| BANK OF AMERICA<br>TRAGO INTERNATIONAL | | Bank loan | | 25,724.00 |
| REX DANFORD<br>REX E. DANFOR AND TODD R. DANFORD<br>25196 MILES AVE.<br>LAKE FOREST, CA 92630-4119 | | Trade debt | | 25,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| ANDREW SMITS<br>LAW OFFICES OF ANDREW A. SMITS<br>36 EXECUTIVE PARK SUITE 160<br>IRVINE, CA 92614 | Trade debt | 24,429.98 |
| JONES DAY, JONES DAY<br>3161 MICHELSON DRIVE SUITE 800<br>IRVINE, CA 92612 | Trade debt | 22,500.00 |
| LANNEAU D. MILLER, CPCU, CIC, CRM<br>V.P./BB&T JOHN BURNHAM INSURANCE SERVICE<br>750 B STREET, SUITE 2400<br>SAN DIEGO, CA 92101-9134 | Trade debt | 18,455.00 |
| ACABADOS METALICOS S.A. De C.V.<br>PLASTICOS #17 ANTES #50 COLONIA SF CUAUH<br>NAUCALPAN, MX 53589 | Trade debt | 17,590.74 |
| LANNEAU D. MILLER, CPCU, CIC, CRM<br>V.P./BB&T JOHN BURNHAM INSURANCE SERVICE<br>750 B STREET, SUITE 2400<br>SAN DIEGO, CA 92101-9134 | Trade debt | 15,096.67 |
| PAUL PEGG<br>P.O. BOX 12169<br>NEWPORT BEACH, CA 92658 | Trade debt | 3,650.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12/17/2009    Signature: /s/ Christopher Condon

Christopher Condon, CEO Of Trago International, Inc.

(Print Name and Title)

# United States Bankruptcy Court
## Central District of California

| IN RE: | Case No. _____ |
|---|---|
| **TRAGO INTERNATIONAL, INC.** | Chapter **11** |
| Debtor(s) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................ $ **5,000.00**

   Prior to the filing of this statement I have received .......................................... $ **NONE**

   Balance Due ............................................................................. $ **5,000.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**18 DEC 2009**
Date

/s/ *William C. Rawson*
William C. Rawson Jr. SBN 64505
2524 Seaview
Corona del Mar, CA 92625

Wine Professionals
3752 Park Place
Addison, TX 75001

Worldwide Express
1422 Edinger Suite 210
Tustin, CA 92780

Young's Market Company
500 South Central Avenue
Los Angeles, CA 90013

Yvette R. Freedman, Esq
John Peter Lee, Ltd.
830 Las Vegas Blvd.
Las Vegas, NV 89101-6723

Smart Levels Media
16 Hammond
Irvine, CA 92618

SSC Marketing Group
20101 Southwest Birch Street
Newport Beach, Ca 92660

State of Delaware Department
of Finance, Division of revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

State Franchise Tax Board
Bankruptcy, BE MS A345
Franchise Tax Board
PO Box 2952
Sacramento CA 95812-2952

Stradling Yocca,
660 Newport Ctr Dr #1600
Newport Beach, CA 92660

**Tequilera Los Alambiques**
CIA. Tequilera Los
Alambiques, S.A. DE C.V.
A. Obregón #27-5, Arandas,
Jalisco, Mexico C.P. 47180

TRAGO LP
Nemours Chambers
Road Town, Tortolla,
British Virgin Islands

Trident Publications, Inc.
117 Highway 35 South, Suite 8
Keyport, NJ 07735

Tlahtoani Group
6380 Wilshire Blvd,
Los Angeles, California 90048,

Tlahtoani Group
P.O. Box 1047
Long Beach, CA 90801

Fabiola Villaneda
10 Velarde Court
Rancho Santa Margarita, CA
92688

Richard A. Lucal
969 Vale Terrace Dr. Ste. E
Vista, CA 92084

Majestic Wine and Spirits
901 Pleasant Valley Avenue
Mt. Laurel, NJ 08054

Tyronne Montgomery
In c/o David Larkin, Esq.
969 Vale Terrace Dr., Suite
Vista, California 92084

Morris, Nichols, Arsht &
Tunnell LLP
1201 North Market Street, 18th
Floor P.O. Box 1347
Wilmington, DE 19899-1347

MurphGuide Entertainment
1599 York Ave. #3N
New York, NY 10028

Myers Dawes Andras &
Sherman LLP
19900 MacArthur Blvd., 11th
Floor
Irvine, CA 92612

National Distributing Company
1414 Mills B. Lane Blvd.
Savannah, GA 31405

Paul Pegg
P.O. Box 7786
Tahoe City, CA  96145

Mark Posner
10736 Jefferson Blvd #212
Culver City, CA 90230

Precision Litho
1185 Joshua Way
Vista, CA 92081

Andrew Smits,
Law Offices Andrew A Smits
36 Executive Park Ste 160
Irvine, CA 92614

Acabados Metalicos, S.A. de C.V.
Plasticos No. 17 antes No. 50
Colonia San Francisco Cuauhtlalpan
C.P. 53569 Naucalpan, Edo. de Mexico

Accountemps
File # 73484
P.O. BOX 60000
San Francisco, CA 94160-3484

John Adsit,
15755 Enadia Way
Lake Balboa, CA 91406

Lorraine Anderson
2728 W 176th St
Torrance, CA 90504

Law Offices of Gary Appleby
280 S Beverly Dr Ste 505
Beverly Hills, CA 90212-3908

Bank of America
100 North Tryon Street
Charlotte, NC 28255 Account #
4192 0000 0107 3501

Bank of America
100 North Tryon Street
Charlotte, NC 28255 Account #
4192 0000 0095 4263

Beverage Media Group, Inc.
116 John Street 23 Floor
New York, NY 10038

Roland Bye, Esq.
5 Hutton Centre Dr. Suite 805
Santa Ana, CA 92707

Callahan & Blaine
3 Hutton Centre Dr #900
Santa Ana, CA 92707

Campus Partners
In c/o The Law Offices of
David M. Griffith
One World Trade Center
Suite 800
Long Beach, CA 90831-0800

Gary Capata, CPA,
28202 Cabot Road Suite 305
Laguna Niguel, California
92677

Capital Beverage Group
399 New Churchmans Road
New Castle, DE 19720

Chesapeake Beverage Group
6611A Cabot Drive
Baltimore, MD 21226

Richard Chianese
**1 Hill Street**
**New Rochelle, NY 10801**

CT Holdings International, Inc.
In c/o Christopher T. Condon
770 Northwood Boulevard
Incline Village, Nevada
89451

Christopher T. Condon
770 Northwood Boulevard
Incline Village, Nevada
89451

Richard T. Condon
19 Woodlawn Avenue
Valley Stream, NY 11581

Crown Beer Distributors
P.O. Box 2000
Allenwood, NJ 08720

Crown Distributors
P.O. Box 225
Salina, KS 67402

Rex Danford
25196 Miles Avenue
Lake Forest, California
92630-4119

Todd R. Danford
25196 Miles Avenue
Lake Forest, California
92630-4119

Deluca Liqour & Wine LLC
1849 West Cheyenne Avenue
North Las Vegas, NV 89032
United States

Entity Service (Nevada), LLC
2215-B Renaissance Drive
Las Vegas, NV 89119

Leonardo Flores
In care of The Dreyfuss Firm
7700 Irvine Center Dr. Ste 710
Irvine, CA 92618-3043

Greg Hafif, Esq.
Law Offices of Herbert Hafif
269 W Bonita
Claremont, CA 91711

HBNB Production
P.O. Box 600
Indian Rock Beach, FL 33785
Richard Hurley
2404 W Oceanfront
Newport Beach, CA 92663

Internal Revenue Service
SBSE/Insolvency Unit of the
Internal Revenue Service
*Box 330500-Stop 15,*
*Detroit, Michigan, 48232.*

Jones Day
3161 Michelson Dr.
Suite 800
Irvine, CA 92612

Lanneau D. Miller, CPCU,
CIC,CRM
BB&T John Burnham Insurance
Service
750 B Street, Suite 2400
San Diego, CA 92101-9134

Lawrence J. La Rocca
LaRocca Law Firm
3780 12th St
Riverside, CA 92501

Loray Bassani
10471 Riverside Park Ave,
Las Vegas, NV 89136

Judith Evans Corkett
1032 West Ocean Front
Newport Beach, CA 92661

John P. Owens and Devyn K.
Owens, JTWROS
3418 O' Donnell Street
Baltimore, MD 21224

Christopher T. Condon
2215– B Renaissance Dr. Ste 16
Las Vegas, NV 89119-6727

Steve Balestra
337 Camino de las Colinas
Redondo Beach, CA 90277

Joe D. Guy
112 Clearbrook Ln Apt A
Costa Mesa, CA 92626

Jessica Hood
13581 Foxglove
San Diego, CA 92130

John and Sharon Schumacher
4633 Perham
Corona Del Mar, CA 92625

Leonardo Flores
17 Harbor Light
Newport Coast, CA 92657

Maria Morgan
Trustee of the MCC Family
Trust
1277 North Morada
Orange, CA 92869

Richard Hurley
2404 w. Oceanfront
Newport Beach, CA 92663

Ronald L. Harris
8800 SVL Box
Victorville, CA 92395

Renee Avedon
809 North Whittier Dr.
Beverly Hills, CA 90210

Peter Whalley
261 A Redel Rd
San Marcos, CA 92069

Peter Mawn
41 Milton St.
Milton, MA 02186

Paul Pegg
P.O. Box 7786
Tahoe City, CA 96145

Shirley Pegg
20052 S.W. Cypress
Newport Beach, CA 92660

Ramona Boren
5710 East 7th Street, #320
Long Beach, CA 90803

Neil and Nancy Reynolds
5841 Villa Drive
Alta Loma, CA 91737

Mimi Kidd
100 United Nations Plaza
Apt. 30 E
New York, NY 10017

Michael Mediano
300 Continental Blvd. Suite 195
El Segundo, CA 90245

Michael D. Julian
35699 Stock St.
Murrieta, CA 92562

Mark Myden
1340 Dumaine Ave., Suite 200
Oak Park, CA 91377

Liana Snyder
1981 Alcova Ridge Drive
Las Vegas, NV 89135-1551

Kathy Ferrin
1 Park Plaza #100
Irvine, CA 92614

Julia Gerard
J Gerard Design Studio
8575 Melrose Ave
West Hollywood, CA 90069

Jason Amitin
1606 S.Nevada St.
Oceanside, CA 92054

John & Jacqueline Balestra
Living Trust 12/04/1997
337 Camino De Las Calinas
Redondo Beach, CA 90277

Lois Battram
138 Willaman Drive
Beverly Hills, CA 90211

Lois Battram Family Trust
138 Willaman Drive
Beverly Hills, CA 90211

Oliver Boren
5710 East 7th Street #320
Long Beach, CA 90803

Vernon Briggs
622 Clubhouse Suite B
Newport Beach, 92663

Michael Brusch
55B Palulu Way
Hiku HI 96708

Anne Cilani
10511 Woodview Circle
Orange, CA 92869

James Esker
**13911 Old Harbor Lane Apt. 206
Marina Del Rey, CA 90292**

FNPR, LLC
CB Richard Ellis, Inc.
990 W. 190th Street, Suite 100
Torrance, CA 90502

John Gryga

Mike Harjo
2901 W. Coast Highway
Ste.200
Newport Beach, CA 92663

Michael A. Heximer

JJ Investments
809 Whittier Dr.
Beverly Hills, Ca. 90210

Douglas I. Lovison
In c/o of Richard Lucal. Esq.
969 Vale Terrace Dr.
Vista, CA 92084

Vince Martin

Colleen McCourtney
53 Dartmouth Drive
Rancho Mirage, CA 92270

George Molsbarger
10061 Riverside Drive
Toluca Lake, CA 91602

Steven J. Morris

David E. Newton and
Jo-Anne L. Newton ,
Trustees of the Newton Family
Trust, UDT,Dated August 30,
1999.
9832 Brier Lane
Santa Ana, CA 92705

Jennifer & Charlie O'Brien
21292 Antigua Ln.
Huntington Beach, CA 92646


Pacific Blue Investments, LLC
34262 Blue Lantern Street,
Suite A
Dana Point, CA 92629

Patricia C. Rinaldi
1635 Bluebird Cyn. Dr.
Laguna Beach, 92651

Linda Rowe
275A Mesa Drive
Costa Mesa, CA 92627

Kenneth Rubenfeld
717 Isle of Palm Dr.
Fort Lauderdale, FL 33017

PENSCO Trust Company,
Custodian FBO Jon Schrank
IRA (acct # SC1JV)
10503 Morada
Orange, Ca 92869

Sip Investors, LLC
10471 Riverside Park Ave.
Las Vegas, NV 89135

Winston William Trust

First Hawaiian Bank
Trustee of the R.Y.
2006 Children's Trust
6600 kalanianaole hwy
Honolulu, HI 96825

Nick E. Yocca
600 Newport Center Dr
Newport Beach, CA 92663

Annette Yeomanns
261 A. Redel Rd.
San Marcos, Ca. 92069

M. Casey Hoch
291 Broadway
Costa Mesa, Ca. 92627

Charlie Somers
261 A. Redel Rd.
San Marcos, Ca. 92069

Douglas Moxley
2100 Bennington Ct.
Thousand Oaks, Ca. 91360

Elmer Bassani
9131-231 St.
Edmonton, AB/Canada T5T5X7

Gayle Werden
PO Box 9022
Rancho Santa Fe, Ca. 92067

Gregg P. Durmer
261 A. Redel Rd.
San Marcos, Ca. 92069

Jason Moore
P.O. Box 1169
Corona Del Mar, CA. 92625

William W. Neblett
619 Marguerite Avenue
Corona Del Mar, CA  92625

Tony J. Delanzo
1485 Poinsettia Ave Ste. 105
Vista, CA  92081

Tony Guy
365 Ralcam Place
Costa Mesa, CA  92627

Susan Dohl
PO Box 9022
Rancho Santa Fe, CA  92067

Case 8:09-bk-24166-TA    Doc 1    Filed 12/18/09    Entered 12/18/09 16:13:44    Desc
Main Document    Page 19 of 19

Mimi Kidd
One UN Plaza, #3440
49th Street
New York, New York 10022

Winston William Trust
11099 Moonlight Fire Court
Las Vegas, CA 89135

Dennis Anderson
11099 Moonlight Fire Court
Las Vegas, CA 89135

Michael Mediano
300 N. Continental Blvd. Ste
El Segundo, CA 90245