# United States Bankruptcy Court
## Central District Of California

In re:
Trago International Inc

CHAPTER NO.: 11

CASE NO.: 8:09−bk−24166

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

**Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.**

**Schedule B**
**Schedule D**
**Schedule E**
**Schedule A**
**Schedule F**
**Eq. Sec. Hold. List**
**Schedule G**
**Schedule H**
**Stmt. of Fin. Affairs**

**Even if the indicated document are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007, within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)    File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

      Chapter 11    1 Original and 3 Copies

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s).

 IF YOU DO NOT COMPLY, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

**BY ORDER OF THE COURT**
Dated: December 18, 2009

**JON D. CERETTO, CLERK OF COURT**

    **By: Vi Nguyen**
      **Deputy Clerk**

DEF − Revised 12/2009                                                                                                                          **1 / NGV**