## United States Bankruptcy Court
## Central District Of California

FILED

JAN 04 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                      Deputy Clerk

In re:
Trago International Inc

CHAPTER NO.: 11

CASE NO.: 8:09-bk-24166

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

A. You must cure the following within 14 days from filing of your petition:

- Statement of Related Cases required by Local Rule 1015-2.
- Verification of Creditor Mailing List. [Local Rule 1007-2(d)]
- Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Local Rule 1002-1(g)]
- Summary of Schedules (Form B6). [Local Rule 1002-1(g)]
- Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002-1(g)]
- Exhibit 'A' to Petition(if debtor is a corporation). [Local Rule 1002-1(g)]
- Venue Disclosure Form (For Corporation and Partnership Filing a Chapter 11). [Local Rule 1002-1(g)]
- Corporate Ownership Statement

B. If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash-flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002-1]:

Chapter 11    1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

If you have any questions, please contact the below-referenced Deputy Clerk:

**JON D. CERETTO, CLERK OF COURT**

Dated: December 18, 2009

**By: Vi Nguyen**
**Deputy Clerk**

1 / NGV

code – Revised 12/2009

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

FILED

JAN 04 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his or her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or other of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

In re Trago International, Inc. Case No. 09-28095-LBR filed September 28, 2009 in the District of Nevada

Dismissed without prejudice on December 16, 2009

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

In re Trago International, Inc. Case No. 09-28095-LBR filed September 28, 2009 in the District of Nevada

Dismissed without prejudice on December 16, 2009

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Newport Beach_____, California.

Christopher Condon CEO Trago International, Inc.

_____
Debtor

Dated _1/4/10_____

_____
Joint Debtor

Form B1, Exhibit A   (Rev. 3/98)                                1998 USBC, Central District of California

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

## Exhibit "A" to Voluntary Petition

1   If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2   The following financial data is the latest available information and refers to the debtor's condition on _____.

   a   Total assets                                                    $ *3.4 million*

   b   Total debts (including debts listed in 2.c., below)    $ *1.2 million*

                                                                   Approximate
Number
of holders

   c   Debt securities held by more than 500 holders.

      ❑ secured   ❑ unsecured   ❑ subordinated    $ _____    _____

      ❑ secured   ❑ unsecured   ❑ subordinated    $ _____    _____

      ❑ secured   ❑ unsecured   ❑ subordinated    $ _____    _____

      ❑ secured   ❑ unsecured   ❑ subordinated    $ _____    _____

      ❑ secured   ❑ unsecured   ❑ subordinated    $ _____    _____

   d   Number of shares of preferred stock    _____    _____

   e   Number of shares common stock   *approximately*   *10,000,000*    *50*

   Comments, if any:

3   Brief description of debtor's business:   *Distilled Spirits Mfg. & Seller*

4   List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   *Christopher Comdon*
   *Mark Myden*
   *Dennis Ardi*

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## TRAGO INTERNATIONAL, INC.,
### a Delaware corporation

The undersigned constituting the Board of Directors of Trago International, Inc., a Delaware corporation (the "Corporation"), in accordance with the authority contained in Section 141(f) of the Delaware General Corporation Law and the Bylaws of this Corporation, hereby consent to the filing of a Voluntary Petition under Chapter 11 Bankruptcy Case.

WHEREAS, it is deemed to be in the best interests of this Corporation to file a Voluntary Petition under Chapter 11 Bankruptcy Laws of the United States in the Central District of California

BE IT RESOLVED, that this Corporation shall file a Voluntary Petition under Chapter 11 Bankruptcy Laws of the United States in the Central District of California

RESOLVED FURTHER, that these resolutions adopted by the Board of Directors may be executed in two or more counterparts, and by telefax transmission, and each such counterpart shall be deemed an original, and all of which, when taken together, shall constitute but one and the same instrument.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of this 18th day of December, 2009.

Christopher T. Condon

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christopher C. Ravsten Jr. State Bar No. 64505<br>2 Park Plaza<br>21st St. Avenue<br>Costa Del Mar, California 92625<br>(714) 291-6659<br><br>☑ Attorney for: Debtor, Trago International, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Trago International, Inc.<br><br>Debtor(s).<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.: 8:09bk-24166 TA<br><br>ADV. NO.:<br><br>CHAPTER: 11 |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Christopher Condon _____, the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☑  I am the president or other officer or an authorized agent of the debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the debtor corporation

2. a.    ☐  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.    ☑  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____  1/4/10
Signature of Attorney or Declarant    Date

Christopher Condon  **C EO**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2009    F 1007-4

Party Name Address and Telephone Number (CA State Bar No. If Applicable)

William C. Rawson Jr. 64505
252H Seaview Ave,
Corona Del Mar, CA 92625
tel.(310) 291-6659

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Trago International, Inc.

Debtor.

CHAPTER 11

CASE NUMBER  09 bk 24166 TA

(No Hearing Required)

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

770 Northwood Blvd, Ste 8
Incline Village, NV 89451

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

2215-B Renaissance Drive - Ste 16
Las Vegas Nevada 89119

3.   Disclose the current business address(es) for all corporate officers:   except Paul Pegg COO

1218 Colony Plaza
Newport Beach, CA 92660

P.O. Box 7786
Tahoe City, CA
96145

4.   Disclose the current business address(es) where the Debtor's books and records are located:

770 Northwood Blvd Ste 8
Incline Village, NV 89451

Rev. 12/99   This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California

VEN-C

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*          **VEN-C**

In re

Trago International, inc.

|                     | CHAPTER 11 |
| Debtor | CASE NUMBER 09 bk 24166 TA |

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

CIA Tequilera Los Alambiques
Obregon # 27-5
Arandas, Jalisco, Mexico C.P. 47180

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

2215-B Renaissance Drive - Ste 16
Las Vegas NV 89119
Terminated Lease expired

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

Christopher Condon
1215 Colony Plaza
Newport Beach, CA 92660

8.   Total number of attached pages of supporting documentation: _____

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __4th__ day of __January__, 20_10_, at __Santa Ana__, California.

Christopher T. Condon
Type Name of Officer

CEO & Chairman
Position or Title of Officer

_____
Signature of Declarant

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Central District of California

IN RE:                                                      Case No. 8:09-bk-24166 TA

TRAGO INTERNATIONAL, INC.                                   Chapter 11
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 425,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 1,086,247.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 13 | $ 0.00 | $ 1,511,247.88 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6)

IN RE TRAGO INTERNATIONAL, INC.                                         Case No. _____
_____                                                          (If known)
            Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6E)

IN RE TRAGO INTERNATIONAL, INC. _____    Case No. _____
                                       Debtor(s)                            (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BANK ACCOUNT CHECKINGS BANK OF AMERICA ACCOUNT NO. 501002008693** | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____

_____                                      (If known)
                    Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **VARIOUS DISTRIBUTORS** | | 8,722.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **SUPERIOR COURT OF CALIFORNIA SAN DIEGO COUNTY CASE NO. 37-2009-00092286-CU-ND-CTL** | | TBD |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **CANADIAN INDUSTRIAL DESIGN REGISTERED PATENT NO. 104694** | | TBD |
| | | **COMMUNITY DESIGN APPLICATION REGISTERED PATENT NO. 000093125-0002** | | TBD |
| | | **MEXICAN TRADEMARK APPLICATION CLASS 33 POSSIBLE CANCELLATION PROCEEDINGS SERIAL NO. 601267** | | TBD |
| | | **MEXICAN TRADEMARK REGISTRATION CLASS 25 REGISTERED SERIAL NO. 610268** | | TBD |
| | | **U.S. DESIGN PATENT GRANT REGISTERED PATENT NO. U.S. D499.341 S** | | TBD |
| | | **U.S. TRADEMARK APPLICATION ABANDONED SERIAL NO. 78/347,952** | | TBD |
| | | **U.S. TRADEMARK REGISTRATION REGISTERED SERIAL NO. 78/238,388** | | TBD |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **TAX TRADE BOARD TTB LICENSE ATF ALCOHOL TOBACCO FIREARMS** | | TBD |

©1993-2009 EZ-Filing | 1-800-998-2424 | Forms Software Only

B6B (Official Form  1

IN RE TRAGO INTERNATIONAL, INC.                                  Case No. _____
_____
Debtor(s)                                                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | MERCEDES BENZ COMPANY AUTO 04/21/2006 | | 10,000.00 |
| | | MERCEDES BENZ 05/09/2006 | | 65,625.59 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | ABE CORP. OFFICE FURNITURE | | 4,309.89 |
| | | BRENT CLAXTON LAPTOP/SOFTWARE 03/01/2007 | | 1,333.64 |
| | | CARLA LYONS-KUCHARC.... LAPTOP/PRINTER.... 10/02/2006 | | 1,719.83 |
| | | COMP USA COMPUTER 02/03/2006 | | 2,710.49 |
| | | COMP USA LAPTOP 11/20/2006 | | 1,744.92 |
| | | COSTCO 01/24/2005 | | 2,364.91 |
| | | COSTCO 12/29/2005 | | 3,103.22 |
| | | COX OFFICE PHONE | | 1,000.93 |
| | | FABIOLA VILLANEDA 09/15/2005 | | 2,503.67 |
| | | FABIOLA VILLANEDA COMPUTER 12/30/2005 | | 1,975.48 |
| | | FABIOLA VILLANEDA DESK/CHAIR 12/31/2005 | | 1,380.96 |
| | | HEXCOM OFFICE COMPUTER 01/19/2005 | | 5,119.88 |
| | | HEXCOM OFFICE COMPUTER | | 4,202.21 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) - Cont.

IN RE TRAGO INTERNATIONAL, INC.                                      Case No. _____
_____
                          Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 02/09/2005 QLAN CORPORATION OFFICE COMPUTER | | 3,486.79 |
| | | 08/24/2006 QLAN CORPORATION LAPTOP/SOFTWARE | | 117.50 |
| | | 02/06/2007 QLAN CORPORATION LAPTOP/SOFTWARE | | 1,445.39 |
| | | 02/13/2007 QLAN CORPORATION NEW COMPUTER | | 1,138.30 |
| | | 07/13/2007 RICHARD CHIANESE LAPTOP/SOFTWARE | | 1,638.07 |
| | | 05/25/2007 RICHARD CONDON THREE LAPTOP COMPUTERS | | 4,859.42 |
| | | 08/31/2006 TREASURES OFFICE FURNITURE | | 10,000.00 |
| | | 11/11/2004 TREASURES OFFICE FURNITURE | | 9,300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 11/15/2004 GRUPO PAVISA | | 24,250.00 |
| | | 11/29/2005-10/24/2009 HK PLASTICS | | 111,134.37 |
| | | 12/22/2005-01/15/2007 TAPONES ESCOBAR | | 40,659.00 |
| 30. Inventory. | | 06/13/2007-05/14/2008 TEQUILA BOTTLED AND IN CASES MEXICO AND UNITED STATES | | 1,700,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

TOTAL    2,025,846.46

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
_____                              _____
                            Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, ... (1-800-998-2424) - Forms Software Only

B6D (Official Form 6D)

IN RE TRAGO INTERNATIONAL, INC. _____     Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. RICHARD T. CONDON 540 WEST HORIZON RIDGE #302 HENDERSON, NV 89012 | | | | | | | 455,000.00 | 455,000.00 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. Rex Danford 25196 Miles Avenue Lake Forest, California 92630-4119 | | | | | | | 25,000 | 25,000 |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

0 continuation sheets attached

| | Subtotal (Total of this page) | $ 480,000.00 | $ 480,000.00 |
|---|---|---|---|
| | Total (Use only on last page) | $ 480,000.00 | $ 480,000.00 |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Best Case Bankruptcy    © 1993-2009 - Filing 23    1-800-998-2424 - Forms Software Only

$ 480,000⁰⁰

B6E (Official Form E

IN RE TRAGO INTERNATIONAL, INC.                                                      Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_ continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Fo...)

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
_____                                            (If known)
         Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ACABADOS METALICOS S.A. De C.V. <br> PLASTICOS #17 ANTES #50 COLONIA SF CUAUH <br> NAUCALPAN, MX 53569 | | | | | | | 17,590.74 |
| ACCOUNT NO. <br> ANDREW SMITS <br> LAW OFFICES OF ANDREW A. SMITS <br> 36 EXECUTIVE PARK SUITE 160 <br> IRVINE, CA 92614 | | | | | | | 24,429.98 |
| ACCOUNT NO. 419200001073501 <br> BANK OF AMERICA <br> TRAGO INTERNATIONAL | X | | | | | | 25,724.00 |
| ACCOUNT NO. 4192-0000-0095-4263 <br> BANK OF AMERICA <br> CT HOLDINGS | | | | | | | 79,210.00 |

**3** continuation sheets attached

Subtotal
(Total of this page) $ 146,954.72

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE TRAGO INTERNATIONAL, INC.                    Case No. _____
                    Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BLAINE CALLAHAN CALLAHAN & BLAINE 3 HUTTON CENTRE DRIVE #900 SANTA ANA, CA 92707 | | | | | | | 56,883.43 |
| ACCOUNT NO. CHRISTOPHER T. CONDON 2215-B RENAISSANCE DRIVE - SUITE 16 LAS VEGAS, NV 89119 | | | | | | | 34,330.00 |
| ACCOUNT NO. DELUCA LIQUOR & WINE LTD. 1849 WEST CHEYENNE AVE NORTH LAS VEGAS, NV 89032 | | | | | | | 13,065.29 |
| ACCOUNT NO. GARY CAPATA, CPA 28202 CABOT ROAD SUITE 305 LAGUNA NIGUEL, CA 92677 | | | | | | | 38,286.70 |
| ACCOUNT NO. GREG K. HAFIF, ESQ. 269 WEST BONITA AVE CLAREMONT, CA 91711 | | | | | | | 10,000.00 |
| ACCOUNT NO. JOHN ADSIT 15755 ENADIA WAY LAKE BALBOA, CA 91406 | | | | | | | 151,500 |
| ACCOUNT NO. JONES DAY, JONES DAY 3161 MICHELSON DRIVE SUITE 800 IRVINE, CA 92612 | | | | | | | 22,500.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 253,269.85

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6. ) (12/07) = Cont

IN RE TRAGO INTERNATIONAL, INC. _____ Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LANNEAU D. MILLER, CPCU, CIC, CRM<br>V.P./BB&T JOHN BURNHAM INSURANCE SERVICE<br>750 B STREET, SUITE 2400<br>SAN DIEGO, CA 92101-9134 | | | PEERLESS INSURANCE CO.<br>POLICY # CBP8339019 | | | | 18,455.00 |
| ACCOUNT NO.<br>LANNEAU D. MILLER, CPCU, CIC, CRM<br>V.P./BB&T JOHN BURNHAM INSURANCE SERVICE<br>750 B STREET, SUITE 2400<br>SAN DIEGO, CA 92101-9134 | | | JAMES RIVER INSURANCE CO.<br>POLICY # 001911662 | | | | 15,096.67 |
| ACCOUNT NO.<br>LAW OFFICES OF GARY APPLEBY<br>280 SOUTH BEVERLY DRIVE SUITE 505<br>BEVERLY HILLS, CA 90212 | | | | | | | 1,000.00 |
| ACCOUNT NO.<br>LAWRENCE U. LA ROCCA<br>LAROCCA LAW FIRM<br>3780 12TH STREET<br>RIVERSIDE, CA 92501 | | | | | | | 3,000.00 |
| ACCOUNT NO.<br>LORRAINE ANDERSON<br>2728 WEST 176TH STREET<br>TORRANCE, CA 90504 | | | | | | | 2,500.00 |
| ACCOUNT NO.<br>MARK POSNER<br>10736 JEFFERSON BLVD. #212<br>CULVER CITY, CA 90230 | | | | | | | 5,000.00 |
| ACCOUNT NO.<br>MORRIS NICHOLS<br>1201 NORTH MARKET STREET 18TH FLOOR<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | | | | | | | 26,740.86 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 71,792.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, I... [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F)

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PAUL PEGG<br>P.O. BOX 12169<br>NEWPORT BEACH, CA 92658 | | | | | | | 3,650.00 |
| ACCOUNT NO.<br>REX DANFORD<br>REX E. DANFOR AND TODD R. DANFORD<br>25196 MILES AVE.<br>LAKE FOREST, CA 92630-4119 | | | | | | | 25,000.00 |
| ACCOUNT NO.<br>RICHARD T. CONDON<br>540 WEST HORIZON RIDGE #302<br>HENDERSON, NV 89012 | | | | | | | 225,000.00 |
| ACCOUNT NO.<br>ROLAND BYE<br>5 HUTTON CENTRE DRIVE SUITE 805<br>SANTA ANA, CA 92707 | | | | | | | 135,436.44 |
| ACCOUNT NO.<br>STRADLING YOCCA<br>STRADLING YOCCA, Et., Al.<br>660 NEWPORT CENTER DRIVE #1600<br>NEWPORT BEACH, CA 92660 | | | | | | | 52,718.57 |
| ACCOUNT NO.<br>TEQUILERA LOS ALAMBIQUES<br>COLONIA CENTRO ARANDAS JALISCO MX 47180<br>ANDRAS MX, MX 58770203 | | | | | | | 161,586.76 |
| ACCOUNT NO.<br>Trago L.P.<br>Nemours Chambers<br>Road Town, Tortella<br>British Virgin Islands | | | | | | | 150,000 |

Sheet no. __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 752,720.73 |
|---|---|---|
|  | Total | 752,720.73 |
|  | (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1,107,747.88 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
_____                                                          (If known)
            Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LOS ALAMBIQUES<br>A. OBREGON #19-14<br>ARANDAS, JALISCO, MX  47180 | CONTRACT FOR LOS ALAMBIQUES TO SELL TO DEBTOR CERTAIN TEQUILA PRODUCTS.<br>DEBTOR IS PURCHASER. |
| MHW, LTD.<br>272 PLANDOME ROAD<br>MANHASSET, NY  11030 | CONTRACT FOR MHW TO SERVE AS NATIONAL DISTRIBUTOR FOR DEBTOR'S PRODUCTS.<br>DEBTOR IS SUPPLIER. |
| YOUNGS MARKET COMPANY, LLC.<br>JEFFREY V. UNDERWOOD PRESIDENT, COO<br>2164 NORTH BOTAVIA STREET<br>ORANGE, CA  92865 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |
| JEFF UNDERWOOD<br>YOUNGS MARKET COMPANY<br>500 SOUTH CENTRAL AVENUE<br>LOS ANGELES, CA  90013 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |
| YOUNGS MARKET COMPANY, LLC.<br>DONALD M. ROBBINS, ESQ. EXEC. VICE PRES.<br>2164 NORTH BOTAVIA STREET<br>ORANGE, CA  92865 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC. TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
_____                                  (If known)
                 Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RICHARD T. CONDON<br>19 Woodlawn Ave.<br>Valley Stream, NY 11581 | BANK OF AMERICA<br>TRAGO INTERNATIONAL |

© 1993-2009 EZ-Filing, .... (1-800-998-2424) - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. 09-bk-24166 TK
_____                                    _____
                    Debtor(s)                                                      (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___14___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                    Debtor

Date: _____   Signature: _____
                                                                        (Joint Debtor, if any)
                                                       [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO Of Trago International, Inc._____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the TRAGO INTERNATIONAL, INC._____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___14__ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: Jan, 4, 2010___   Signature. __ Christopher Condon

                        Christopher Condon
                        _____
                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

7:19 PM

10/09/09

# Trago International, Inc. 123
## Statement of Cash Flows
### January through December 2008

|  | Jan - Dec 08 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -2,585,364.83 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Receivable - TRADE | 340,067.52 |
| Accounts Receivable - TRADE:AR - Drawback | 35,203.88 |
| AR - Pulse | 4,349.17 |
| B of A - CD 1 | 52,161.46 |
| Burke Escrow | -13,373.44 |
| Inventory Asset | 421,193.35 |
| MHW Escrow | 8,549.36 |
| Petty Cash | 386.14 |
| Accounts Payable:Accounting | 17,432.38 |
| Accounts Payable:Advertising | 13,494.00 |
| Accounts Payable:Consulting Fees Payable | 97,500.00 |
| Accounts Payable:Distribution Expense | 21,039.95 |
| Accounts Payable:Expense Reimbursements | 22,318.64 |
| Accounts Payable:Legal Fees | 337,158.86 |
| Accounts Payable:Legal Fees:Compliance | 1,985.62 |
| Accounts Payable:Manufacturing Costs | 725,700.22 |
| Accounts Payable:Marketing | 4,791.82 |
| Accounts Payable:Printing | 3,388.60 |
| Accounts Payable:Salaries Payable Officer | 210,293.25 |
| Deferred Compensation - CTC | -95,293.25 |
| Loans Payable:BofA LOC | 23,609.01 |
| Loans Payable:Loan From Christopher Condon | 46,020.00 |
| Loans Payable:Loan from CT Holdings | 70,364.54 |
| Loans Payable:Loan from Richard Condon | 100,000.00 |
| **Net cash provided by Operating Activities** | -138,023.75 |
| **INVESTING ACTIVITIES** |  |
| Manufacturing Equipment | -10,695.00 |
| Organization Costs-Start Up:Compliance | -600.00 |
| Organization Costs-Start Up:Compliance:Brand Registration | -2,050.67 |
| **Net cash provided by Investing Activities** | -13,345.67 |
| **FINANCING ACTIVITIES** |  |
| Opening Bal Equity | 49,500.00 |
| Shareholder Equity | 100,000.00 |
| **Net cash provided by Financing Activities** | 149,500.00 |
| **Net cash increase for period** | -1,869.42 |
| **Cash at beginning of period** | 15,509.73 |
| **Cash at end of period** | 13,640.31 |

10/09/09
Cash Basis

# Balance Sheet
## As of December 31, 2008

|  | Dec 31, 08 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| B of A- Chck - 8693 | 13,640.31 |
| **Total Checking/Savings** | 13,640.31 |
| **Accounts Receivable** | |
| Accounts Receivable - TRADE | 49,396.44 |
| **Total Accounts Receivable** | 49,396.44 |
| **Other Current Assets** | |
| **AR - Pulse** | |
| Equipment lease | 801.60 |
| AR - Pulse - Other | 57,081.65 |
| **Total AR - Pulse** | 57,883.25 |
| Burke Escrow | 13,373.44 |
| Inventory Asset | 1,795,391.83 |
| MHW Escrow | -1,696.05 |
| Petty Cash | 3.96 |
| **Total Other Current Assets** | 1,864,956.43 |
| **Total Current Assets** | 1,927,993.18 |
| **Fixed Assets** | |
| Accumulated Depreciation | -105,277.00 |
| **FF&E** | |
| **Equipment** | |
| Auto | 75,625.59 |
| Computer | 28,299.71 |
| **Total Equipment** | 103,925.30 |
| Furniture | 21,664.91 |
| Phone System | 5,203.14 |
| FF&E - Other | 11,297.74 |
| **Total FF&E** | 142,091.09 |
| Manufacturing Equipment | 176,043.37 |
| **Total Fixed Assets** | 212,857.46 |
| **Other Assets** | |
| Accumulated Amortization | -215,411.00 |
| Goodwill | 781,000.00 |
| **Organization Costs-Start Up** | |
| **Compliance** | |
| Brand Registration | 4,857.67 |
| Labels | 316.00 |
| Compliance - Other | 7,530.75 |
| **Total Compliance** | 12,704.42 |
| **Legal** | |
| International Compliance | 1,196.69 |
| Shareholder Compliance | 36,000.00 |
| Legal - Other | 68,810.88 |
| **Total Legal** | 106,007.57 |
| Licensing Fee | 101,750.50 |
| Marketing | 6,860.60 |
| Patents/Trademarks | 16,575.02 |
| Production & Design | 36,606.09 |
| Public Relations | 3,000.00 |
| **Total Organization Costs-Start Up** | 283,504.20 |
| **Total Other Assets** | 849,093.20 |
| **TOTAL ASSETS** | 2,989,943.84 |

7:18 PM

10/09/09

Cash Basis

# Balance Sheet
## As of December 31, 2008

|  | Dec 31, 08 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **Accounts Payable** | |
| Consulting Fees Payable | -15,000.00 |
| Legal Fees | -52,685.32 |
| Salaries Payable Officer | -29,706.75 |
| **Total Accounts Payable** | -97,392.07 |
| **Total Accounts Payable** | -97,392.07 |
| **Other Current Liabilities** | |
| **Loans Payable** | |
| BofA LOC | 23,609.01 |
| Loan From Christopher Condon | 44,020.00 |
| Loan from CT Holdings | 70,364.54 |
| Loan from Richard Condon | 425,000.00 |
| **Total Loans Payable** | 562,993.55 |
| **Total Other Current Liabilities** | 562,993.55 |
| **Total Current Liabilities** | 465,601.48 |
| **Total Liabilities** | 465,601.48 |
| **Equity** | |
| Opening Bal Equity | 49,500.00 |
| Retained Earnings | -5,165,173.36 |
| Shareholder Equity | 8,365,378.00 |
| Net Income | -725,362.28 |
| **Total Equity** | 2,524,342.36 |
| **TOTAL LIABILITIES & EQUITY** | 2,989,943.84 |

B7 (Official Form 7) (12/

**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                   Case No. _____

**TRAGO INTERNATIONAL, INC.** _____ Chapter **11** _____
                          Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

```
AMOUNT    SOURCE
  0.00    2007  INCOME= -3,142,781.00
          2008  INCOME= -2,585,364.00
```

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CASE #<br>30-2008-00234694-CL-EN-HNB** | **CIVIL LITIGATION** | **SUPERIOR COURT FOR THE STATE OF CALIFORNIA** | **TO BE DETERMINED** |
| **LOVISON v. CONDON, TRAGO INTERNATIONAL, INC., et. al<br>CASE NO. 07CC06127** | **CIVIL LITIGATION** | **SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE-CENTERAL DISTRICT** | **TO BE DETERMINED** |
| **MONTGOMERY v. CONDON, TRAGO INTERNATIONAL, INC., et. al.<br>CASE NO. GINO57668** | **CIVIL LITIGATION** | **SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION** | **TO BE DETERMINED** |
| **LOVISON v. CONDON, TRAGO INTERNATIONAL, INC., et. al.<br>CASE NO. SACV07-408 AHS(MLGx)** | **CIVIL LITIGATION** | **UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION** | **TO BE DETERMINED** |
| **CAMPUS PARTNERS v. PULSE ENTERTAINMENT GROUP, LLC., et. al.<br>CASE NO. 30-2009-0017803-CU-BC-CJC** | **CIVIL LITIGATION** | **SUPERIOR COURT FOR THE STATE OF CALIFORNIA ORANGE COUNTY** | **TO BE DETERMINED** |
| **DESOTO v. MEDIANO, et. al.<br>CASE NO YC058784** | **CIVIL LITIGATION** | **SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES, SOUTH WEST DISTRICT** | **TO BE DETERMINED** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of the case by the debtor.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: 01 – 4 – 2010    Signature    / Christopher Condon

**Christopher Condon, CEO Of Trago International, Inc.**    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  William C. Rawson Jr.

Address  2524 Seaview Avenue, Corona Del Mar, CA 92625

Telephone  (310) 291-6659

[X] Attorney for Debtor(s)
[ ] Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

List all names including trade names used by Debtor(s) within last 8 years:

Trayc International, Inc.

Case No.: 09 bk 24166 TA

Chapter: 11

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  JAN 4th 2010

_____
Debtor

_____
Attorney (if applicable)

_____
Joint Debtor