William C. Rawson Jr. State Bar No. 64505
Law Offices of William C. Rawson Jr
2524 Seaview Avenue
Corona Del Mar, California 92625
Tel. (310) 291-6659
Fax (949) 812-7641
Email

**FILED**
JAN 1 1 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Attorney for Debtor, TRAGO INTERNATIONAL, INC., a Delaware corporation,

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In the Matter of:

TRAGO INTERNATIONAL, INC.,

**Debtor**

Chapter 11

Case No. **8:09 BK 24166 TA**

**NOTICE OF REMOVAL**

    Debtor, TRAGO INTERNATIONAL, INC. (the "Movants") as a party defendant in Case No. YC058784 pending in the Superior Court for the State of California in the Southwest District in the County of Los Angeles (he "Removed Case") does hereby remove the Removed Case to the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court").

**Entitlement to Removal.**

    1. The Removed Case was commenced in the California Superior Court on December 28, 2008.   On December 18, 2009 the Debtor, Trago International, Inc. commenced Chapter 11 in Case No. 8:09-bk-24166 TA. (the "Bankruptcy Case").

    2. The Removed Case is a case related to the Bankruptcy Case. As such the United States District Court for the Central District of California has jurisdiction of the Removed Case pursuant to 28 U.S.C. §1334(b). Therefore pursuant to 28 U.S.C. §1452(a), the Removed Case may be removed to the District Court.

NOTICE OF REMOVAL

1

1
2
3
4
5          SUPERIOR COURT OF THE STATE OF CALIFORNIA
6          COUNTY OF LOS ANGELES SOUTHWEST DISTRICT

7  | TOMMY DESOTO, an individual; GEORGE KOSTY, an individual; ANTOINETTE CARDENAS, an individual; and DOUGLAS LOVISON, an individual | Case No. ▓▓▓▓▓
   | **Plaintiffs** | **NOTICE OF REMOVAL**
   | vs. | [28 U.S.C. §1452]
   | MICHAEL MEDIANO, an individual; JOHN ADSIT, an individual; CHRISTOPHER CONDON, an individual; RICHARD CONDON, an individual; TRAGO LP, a British Virgin Islands limited partnership; FX HOLDINGS INTERNATIONAL LTD, a British Virgin Islands corporation; TRAGO USA, INC., a California corporation; TRAGO INTERNATIONAL, INC., a Delaware corporation; CT HOLDINGS INTERNATIONAL, INC., a Delaware corporation; PULSE ENTERTAINMENT GROUP, L.L.C., a Nevada limited liability company; RUVA INTERNATIONAL, INC., a Nevada Corporation; and DOES 1 through 50,    **Defendants** | Dept:    B
   | | Judge: Honorable Andrew Kauffman
   | | Complaint Filed: 12/24/2008

**NOTICE OF REMOVAL**

1

3. Pursuant to 28 U.S.C. §157, the District Court may refer the Removed Case to the Bankruptcy judges for the district. By its General Order, the District Court has referred to The bankruptcy judges for this district all cases under Title 11 and all proceedings under Title 11 or arising in or related to a case under Title 11. That includes the Removed Case.

4. As permitted by Bankruptcy Rule 9027(a)(2), this Notice of Removal is being filed within 90 days after the order for relief in the Chapter 11 Bankruptcy Case.

**Core/Non-Core Status of Removed Case.**

The Removed Case is not a core proceeding within the meaning of 28 U.S.C. § 157(b) but is instead a case which is otherwise related to a case under Title 11 within the meaning of 28 U.S.C. § 157. Pursuant to 28 U.S.C. § 157(c)(2), the Movants do consent to the District Court's referral of the Removed Case to the Bankruptcy court to hear and determine and to enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158. Pursuant to Bankruptcy Rule 9027 (a)(1), the Movants do consent to the entry of final orders of judgments by the bankruptcy judge.

Dated: January 11, 2010

_____
William C. Rawson, Attorney for
Trago International, Inc. Debtor

NOTICE OF REMOVAL

2

FORM B104 (08/07)                                                                              2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Tommy Desoto, George Kosty, Antoinette Cardenas and Douglas Lovison | DEFENDANTS<br>Michael Mediano, John Adsit, Christopher Condon, Richard Condon, Trago LP, Trago International, Inc. Trago USA Inc. et.a |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Richard A. Lucal 969 Vale Terrace Dr. Ste. E, Vista, CA 92084 | ATTORNEYS (If Known)<br>John Adsit 15755 Enadia Way, Lake Balboa, CA 91406; Greg Hafif 269 W. Bonita, Claremont, CA 91711 |
| PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Fraudulent Transfer, Unfair Trade Practices, Breach of Fiduciary Duty,

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☒ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☒ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

RECEIVED JAN 11 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

2007 USBC, Central District of California

FORM B104 (08/07), page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>TRAGO INTERNATIONAL, INC. ||| BANKRUPTCY CASE NO.<br>8:09 bk-24166 T A |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California || DIVISIONAL OFFICE<br>Santa Ana | NAME OF JUDGE<br>Theodore Albert |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE<br>1/11/09 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>WILLAM C. RAWSON JR. |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents**. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.