# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: *Trago International, Inc* .Atty Name (if applicable): *William C. Rawson*

Street Address: *2728 Seaview Avenue* CA Bar No. (if applicable): *64505*

*Corona Del Mar, CA 92675* Atty Fax No. (if applicable): *(949) 812-7641*

Filer's Telephone No.: *(310) 291-6659*

| | |
|---|---|
| In re:<br><br>*Trago International, Inc* | Case No.: *8:09-bk-24166 TA*<br><br>Chapter 7 _____  11 _____  13 ✓ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____ B ✓ C _____ D _____ E _____ F ✓ G ✓ H _____ I _____ J _____

Statement of Social Security Number(s) _____    Statement of Financial Affairs ✓

Statement of Intention _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, *Christopher Condon* , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: *January 28, 2010*

_____
Debtor Signature
*Christopher Condon, CEO*
*Trago International, Inc.*

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

FILED

JAN 29 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**SEE REVERSE SIDE**

B-1008 *Revised November 2003*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice
was given to the additional creditors listed.


DATED: _January 28, 2010_      _Sara Hilldale_
                                              Print or Type Name

                                              _Signature_


(SEE ATTACHED MAILING LIST.)

BEVERAGE NETWORK
PUBLICATIONS
116 JOHN ST. 23 FLOOR
N.Y. N.Y. 10038

CHESAPEAKE BEVERAGE
GROUP
6611 A CABOT DR.
BALTIMORE, MD 21226

ATHENS DISTRIBUTORS NASH.
5001 OWEN DR.
ANTIOCH, TN 37013-2414

RICHARD CHIANESE
1 HILL STREET
NEW ROCHELLE, NY 10801

NATIONAL DISTRIBUTING CO
1414 MILLS B. LANE BLVD.
SAVANNAH, GA 31405

TRIDENT PUBLICATIONS
117 HWY 35 South,
SUITE 8
KEYPORT, NJ 07735

MURPHYGUIDE ENTERTAINMENT
1579 YORK AVE. #3N
N.Y., N.Y. 10028

ACCOUNTEMPS
P.O. BOX 60000
SAN FRAN, CA 91406

Fabiola Villaneda
10 Velarde Court
Rancho Santa Margarita, CA 92658

Richard Chianese
1 Hill Street
New Rochelle, NY 10801

HBNB PRODUCTIONS INC
PO BOX 600
INDIAN ROCK BEACH,
FL 33785

MAJESTIC WINE & SPIRITS
901 PLEASANT VALLEY AVE.
MT. LAUREL, NJ 08054

CROWN BEER DISTRIBUTORS
PO BOX 2000
ALLENWOOD, NJ 08720

APPLEBY
NEMOURS CHAMBERS
ROADTOWN, TORTOLLA
BRITISH VIRGIN ISLANDS

PRECISION LITHO
1185 JOSHUA WAY
VISTA, CA 92081

TLAHTOANI GROUP
P.O. BOX 1047
LONG BEACH, CA 90801

WINE PROFESSIONALS
3752 PARK PLACE
ADDISON, TX 75001

CALLAHAN & BLAINE
3 HUTTON CENTRE DR #900
SANTA ANA, CA 92707

YOUNGS MARKET
500 S. CENTRAL AVE
L.A., CA 90013

CROWN DISTRIBUTORS LLC
PO BOX 225
SALINA, KS 67402

CAPITOL BEVERAGE
GROUP
399 NEW CHURCHMANS Rd.
NEWCASTLE, DE 19720

MYERS DAWES
19900 MACARTHUR BLVD
11th FLOOR
IRVINE, CA 92612

SMART LEVELS MEDIA
16 HAMMOND
IRVINE, CA 92618

B6B (Official Form 6E)

**IN RE TRAGO INTERNATIONAL, INC.**                                Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo DIP Acct# 9957038012   Wells Fargo DIP Acct # 9957038020 | | 40,000.00   100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

1-800-998-2424 | Forms Software Only
© 1993-2009 EZ-Filing, Inc.

B6B (Official Form 6B) (12/07) - Cont.

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
_____                                           (If known)
            Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **VARIOUS DISTRIBUTORS** | | 8,722.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | *Deceraciones en Cristal Arozamena Blvd. Centro Industrial 1023, 1025 Cci. Industrial Puente De Vigas CP 5H0L0 Tlalnepantla Edo de Mexico* | | 38,659 39 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **CANADIAN INDUSTRIAL DESIGN REGISTERED PATENT NO. 104694** | | TBD |
| | | **COMMUNITY DESIGN APPLICATION REGISTERED PATENT NO. 000093125-0002** | | TBD |
| | | **MEXICAN TRADEMARK APPLICATION CLASS 33 POSSIBLE CANCELLATION PROCEEDINGS SERIAL NO. 601267** | | TBD |
| | | **MEXICAN TRADEMARK REGISTRATION CLASS 25 REGISTERED SERIAL NO. 610268** | | TBD |
| | | **U.S. DESIGN PATENT GRANT REGISTERED PATENT NO. U.S. D499.341 S** | | TBD |
| | | **U.S. TRADEMARK APPLICATION ABANDONED SERIAL NO. 78/347,952** | | TBD |
| | | **U.S. TRADEMARK REGISTRATION REGISTERED SERIAL NO. 78/238,388** | | TBD |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **TAX TRADE BOARD TTB LICENSE ATF ALCOHOL TOBACCO FIREARMS** | | TBD |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form  1

IN RE TRAGO INTERNATIONAL, INC. _____    Case No. _____
                                        Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] • Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Ricoh printer | | 2,000 |
| | | Ricoh Copier | | 3,000 |
| | | HP laser | | 1,000 |
| | | COMP USA COMPUTER 02/03/2006 | | 2,710.49 |
| | | COMP USA LAPTOP 11/20/2006 | | 1,744.92 |
| | | COX OFFICE PHONE | | 1,000.93 |
| | | HEXCOM OFFICE COMPUTER 01/19/2005 | | 5,119.88 |
| | | HEXCOM OFFICE COMPUTER | | 4,202.21 |

B6B (Official Form 6B)    , - Cont.

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
                              Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 02/09/2005 | | |
| | | QLAN CORPORATION OFFICE COMPUTER 08/24/2006 | | 3,486.79 |
| | | QLAN CORPORATION LAPTOP/SOFTWARE 02/06/2007 | | 117.50 |
| | | QLAN CORPORATION LAPTOP/SOFTWARE 02/13/2007 | | 1,445.39 |
| | | QLAN CORPORATION NEW COMPUTER 07/13/2007 | | 1,138.30 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | GRUPO PAVISA 11/29/2005-10/24/2009 | | 24,250.00 |
| | | HK PLASTICS 12/22/2005-01/15/2007 | | 111,134.37 |
| | | TAPONES ESCOBAR 06/13/2007-05/14/2008 | | 40,659.00 |
| 30. Inventory. | | TEQUILA BOTTLED AND IN CASES MEXICO AND UNITED STATES | | 1,700,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 2,025,846.46 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form)

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
                              Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ACABADOS METALICOS S.A. De C.V. <br> PLASTICOS #17 ANTES #50 COLONIA SF CUAUH <br> NAUCALPAN, MX 53569 | | | | | | | 17,590.74 |
| ACCOUNT NO <br> ANDREW SMITS <br> LAW OFFICES OF ANDREW A. SMITS <br> 36 EXECUTIVE PARK SUITE 160 <br> IRVINE, CA 92614 | | | | | | | 24,429.98 |
| ACCOUNT NO. 419200001073501 <br> BANK OF AMERICA <br> TRAGO INTERNATIONAL | X | | | | | | 25,724.00 |
| ACCOUNT NO. 4192-0000-0095-4263 <br> BANK OF AMERICA <br> CT HOLDINGS | | | | | | | 79,210.00 |

Subtotal
(Total of this page)    $ 146,954.72

**3** continuation sheets attached

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data )    $

B6F (Official Form 6F) . . . . .

IN RE TRAGO INTERNATIONAL, INC.                                    Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BLAINE CALLAHAN CALLAHAN & BLAINE 3 HUTTON CENTRE DRIVE #900 SANTA ANA, CA 92707 | | | | | | | 56,883.43 |
| ACCOUNT NO. CHRISTOPHER T. CONDON 2215-B RENAISSANCE DRIVE - SUITE 16 LAS VEGAS, NV 89119 | | | | | | | 34,330.00 |
| ACCOUNT NO. DELUCA LIQUOR & WINE LTD. 1849 WEST CHEYENNE AVE NORTH LAS VEGAS, NV 89032 | | | | | | | 13,065.29 |
| ACCOUNT NO. GARY CAPATA, CPA 28202 CABOT ROAD SUITE 305 LAGUNA NIGUEL, CA 92677 | | | | | | | 38,286.70 |
| ACCOUNT NO. GREG K. HAFIF, ESQ. 269 WEST BONITA AVE CLAREMONT, CA 91711 | | | | | | | 10,000.00 |
| ACCOUNT NO. JOHN ADSIT 15755 ENADIA WAY LAKE BALBOA, CA 91406 | | | | | | | 151,500 |
| ACCOUNT NO. JONES DAY, JONES DAY 3161 MICHELSON DRIVE SUITE 800 IRVINE, CA 92612 | | | | | | | 22,500.00 |
| | | | | | | Subtotal (Total of this page) | $ 253,269.85 |
| | | | | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

Sheet no.  1  of  3  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6 ) (12/07) - Cont

IN RE TRAGO INTERNATIONAL, INC.
Debtor(s)

Case No. _____
                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LANNEAU D. MILLER, CPCU, CIC, CRM <br> V.P./BB&T JOHN BURNHAM INSURANCE SERVICE <br> 750 B STREET, SUITE 2400 <br> SAN DIEGO, CA  92101-9134 | | | PEERLESS INSURANCE CO. <br> POLICY # CBP8339019 | | | | 18,455.00 |
| ACCOUNT NO. <br> LANNEAU D. MILLER, CPCU, CIC, CRM <br> V.P./BB&T JOHN BURNHAM INSURANCE SERVICE <br> 750 B STREET, SUITE 2400 <br> SAN DIEGO, CA  92101-9134 | | | JAMES RIVER INSURANCE CO. <br> POLICY # 001911662 | | | | 15,096.67 |
| ACCOUNT NO. <br> LAW OFFICES OF GARY APPLEBY <br> 280 SOUTH BEVERLY DRIVE SUITE 505 <br> BEVERLY HILLS, CA  90212 | | | | | | | 1,000.00 |
| ACCOUNT NO. <br> LAWRENCE U. LA ROCCA <br> LAROCCA LAW FIRM <br> 3780 12TH STREET <br> RIVERSIDE, CA  92501 | | | | | | | 3,000.00 |
| ACCOUNT NO. <br> LORRAINE ANDERSON <br> 2728 WEST 176TH STREET <br> TORRANCE, CA  90504 | | | | | | | 2,500.00 |
| ACCOUNT NO. <br> MARK POSNER <br> 10736 JEFFERSON BLVD.  #212 <br> CULVER CITY, CA  90230 | | | | | | | 5,000.00 |
| ACCOUNT NO. <br> MORRIS NICHOLS <br> 1201 NORTH MARKET STREET 18TH FLOOR <br> P.O. BOX 1347 <br> WILMINGTON, DE  19899-1347 | | | | | | | 26,740.86 |

Sheet no.  2  of  3  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 71,792.53

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F)

IN RE TRAGO INTERNATIONAL, INC.
         Debtor(s)

Case No. _____
           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PAUL PEGG<br>P.O. BOX 12169<br>NEWPORT BEACH, CA 92658 | | | | | | | 3,650.00 |
| ACCOUNT NO.<br>REX DANFORD<br>REX E. DANFOR AND TODD R. DANFORD<br>25196 MILES AVE.<br>LAKE FOREST, CA 92630-4119 | | | | | | | 25,000.00 |
| ACCOUNT NO.<br>RICHARD T. CONDON<br>540 WEST HORIZON RIDGE #302<br>HENDERSON, NV 89012 | | | | | | | 225,000.00 |
| ACCOUNT NO.<br>ROLAND BYE<br>5 HUTTON CENTRE DRIVE SUITE 805<br>SANTA ANA, CA 92707 | | | | | | | 135,436.44 |
| ACCOUNT NO.<br>STRADLING YOCCA<br>STRADLING YOCCA, Et., Al.<br>660 NEWPORT CENTER DRIVE #1600<br>NEWPORT BEACH, CA 92660 | | | | | | | 52,718.57 |
| ACCOUNT NO.<br>TEQUILERA LOS ALAMBIQUES<br>COLONIA CENTRO ARANDAS JALISCO MX 47180<br>ANDRAS MX, MX 58770203 | | | | | | | 101,586.76 |
| ACCOUNT NO.<br>Trago L.P.<br>Nemours Chambers<br>Road Town, Tortola<br>British Virgin Islands | | | | | | | 150,000 |

Sheet no. ___3___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 752,778.75

Total $ 752,778.75

(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

$ 1,107,747.88

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re _____
Debtor.

Case No.: _____
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Majestic Wine & Spirits 901 Pleasant Valley Ave. MT. Laurel, NJ 08054 | | | | | | | $766.08 |
| Last four digits of ACCOUNT NO. HBNB Productions Inc P.O. Box 600 Indian Rock Beach, FL 33785 | | | | | | | $3,928>00 |
| Last four digits of ACCOUNT NO. Crown Distributors LLC P.O. Box 225 Salina, KS 67402 | | | | | | | $92.51 |
| Last four digits of ACCOUNT NO Crown Beer Distributors P.O.Box 2000 Allenwood, NJ 08720 | | | | | | | $2,695.00 |

Subtotal ▶ $

_____ Continuation Sheets attached

Total
(Use only on last page of the completed Schedule F.) ▶ $
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re _____

Case No.: _____

_____ Debtor.    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> Smart Levels Media <br> 16 Hammond <br> Irvine, CA 92618 | | | | | | | $1,180.90 |
| Last four digits of ACCOUNT NO. <br> Richard Chianese <br> 1 Hill Street <br> New Rochelle, NY 10801 | | | 10/2008 | | | | $10,478.19 |
| Last four digits of ACCOUNT NO. <br> Precision Litho <br> 185 Joshua Way <br> Vista, CA 92081 | | | | | | | $2,207.70 |
| Last four digits of ACCOUNT NO. <br> National Distributing Co. <br> 1414 Mills B. Lane Blvd. <br> Savannah, GA 31405 | | | | | | | $609.58 |
| | | | | | | Subtotal ➤ | $ |
| | | | | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ |

Sheet no. ____ of ____ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re _____ Debtor.

Case No.: _____ (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Myers Dawes<br>19900 MacArthur Blvd.<br>11th Floor<br>Irvine, CA | | | | | | | $1,985.62 |
| Last four digits of ACCOUNT NO.<br>Chesapeake Beverage Group<br>6611 A Cabot DR.<br>Baltimore, MD 21226 | | | | | | | $253.72 |
| Last four digits of ACCOUNT NO.<br>Capitol Beverage Group<br>899 New Churchmans Road<br>Newcastle, DE 19720 | | | | | | | $321.34 |
| Last four digits of ACCOUNT NO.<br>Callahan & Blaine<br>3 Hutton Center Dr. #900<br>Santa Ana, CA 92707 | | | | | | | $1,091.68 |

_____ Continuation Sheets attached

Subtotal ➤ $ _____

Total
(Use only on last page of the completed Schedule F.) ➤ $ _____
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re _____    Case No.: _____
                          Debtor.                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ____<br><br>Tlahtoani Group<br>P.O. Box 1047<br>Long Beach, CA 90801 | | | | | | | $1,250.00 |
| Last four digits of ACCOUNT NO. ____<br><br>Appleby<br>Keymour Chambers<br>Roadtown, Tortolla<br>British Virgin Isles | | | | | | | $12,135.30 |
| Last four digits of ACCOUNT NO. ____<br>Accountemps<br>P.O. Box 6000<br>San Francisco, CA 91406 | | | | | | | $1,091.68 |
| Last four digits of ACCOUNT NO. ____<br>Athens Distributors Nashville<br>3001 Owen Dr.<br>Antioch, TN 37013-2414 | | | | | | | $229.52 |

____ Continuation Sheets attached

Subtotal ▶ $ _____

Total
(Use only on last page of the completed Schedule F.) ▶ $ _____
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re _____
Debtor.

Case No.: _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |
| Young's Market 500 South Central Ave. Los Angeles, CA 90013 | | | | | | | $32,399.01 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Wine Professionals 3752 Park Place Addison, TX 75001 | | | | | | | $863.82 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Trident Publications 117 Hwy 35 South, Suite 8 Keyport, NJ 07735 | | | | | | | $2,494.00 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| MurphGuide Entertainment 1599 York Ave #3N New York, NY 10028 | | | | | | | $750.00 |

Subtotal ▶ $

Sheet no. ____ of ____ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)
▶ $

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re _____
                                    Debtor.

Case No.: _____
                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |
| Beverage Network Publications 116 John Street, 23rd Floor New York, NY 10038 | | | | | | | $9,000.00 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Fabiola Villaneda 10 Velarde Court Rancho Santa Margarita, CA 92688 | | | 10/2008 | | | | $12,000.00 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |

Subtotal ► $ _____

Sheet no. ____ of ____ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

► $ _____

B6G (Official Form 6G) (

Case No. _____
(If known)

IN RE TRAGO INTERNATIONAL, INC.
_____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LOS ALAMBIQUES<br>A. OBREGON #19-14<br>ARANDAS, JALISCO, MX  47180 | CONTRACT FOR LOS ALAMBIQUES TO SELL TO DEBTOR CERTAIN TEQUILA PRODUCTS.<br>DEBTOR IS PURCHASER. |
| MHW, LTD.<br>272 PLANDOME ROAD<br>MANHASSET, NY 11030 | CONTRACT FOR MHW TO SERVE AS NATIONAL DISTRIBUTOR FOR DEBTOR'S PRODUCTS.<br>DEBTOR IS SUPPLIER. |
| YOUNGS MARKET COMPANY, LLC.<br>JEFFREY V. UNDERWOOD PRESIDENT, COO<br>2164 NORTH BOTAVIA STREET<br>ORANGE, CA 92865 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |
| JEFF UNDERWOOD<br>YOUNGS MARKET COMPANY<br>500 SOUTH CENTRAL AVENUE<br>LOS ANGELES, CA 90013 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |
| YOUNGS MARKET COMPANY, LLC.<br>DONALD M. ROBBINS, ESQ. EXEC. VICE PRES.<br>2164 NORTH BOTAVIA STREET<br>ORANGE, CA 92865 | CONTRACT FOR YOUNGS MARKET COMPANY, LLC. TO SERVE A DISTRIBUTOR FOR SPECIFIC GEOGRAPHIC TERRITORIES.<br>DEBTOR IS SUPPLIER. |
| Christopher Condon<br>1213 Colon Plaza<br>Newport Beach, CA 92660 | License Agreement |
| Paul Pego<br>P.O. Box 7736<br>Tahoe City, CA 96145 | Consultation Agreement |
| Richard Hurley<br>2404 W Oceanfront<br>Newport Beach, CA 92663 | Consultation Agreement |
| SSC Marketing<br>20101 S.W. Birch Ste. 138<br>Newport Beach 92660 | Consultation Agreement |
| Daniel S Schwartz TTEE<br>Schwartz Living Trust B<br>P.O. Box H727<br>Incline Village, NV 89450 | Office Lease |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/07)          2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | *Trago International* | Debtor. | Case No.: *8:09-bk-24166 TA* (If known) |
|-------|----------------------|---------|------------------------------------------|

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## Definitions

**"In business."** A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

**"Insider."** The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from Employment or Operation of Business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 2007  1,286,701.78 | operation |
| 2008  1,614,357.58 | |
| 2009    150,000.00  aproximation | |

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                    2007 USBC, Central District of California

**2.** **Income Other than from Employment or Operation of Business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the
☐       debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If
        a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter
        13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and
        a joint petition is not filed.)

                        AMOUNT                                              SOURCE

**3.** **Payments to Creditors**

     *Complete a. or b., as appropriate, and c.*

None    a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of
☐          goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement
           of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
           Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
           or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
           counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
           spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Young's Market Co. | 12/2009 | $ 35,000.⁰⁰ | TBD |
| Tequilera Los Alambiques | 11/2009 | 50,000.⁰⁰ | 111,586.76 |

None    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
☐          within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property
           that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an
           asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of
           an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
           (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
           spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Youngs Market Co. | 12-2009 | $35,000.⁰⁰ | |
| Tequilera Los Alambiques | 11-2009 | | |

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 12/07)      2007 USBC, Central District of California

None  c.  All debtors: List all payments made within **one year** immediately preceding the commencement of this case to or
☐       for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
        include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Richard Condon |  |  | TBD |
| Chris Condon |  |  | " |
| Paul Pegg |  |  | " |

4.    **Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

None  a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐       preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
        information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attachment No. 4

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
☒       year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
        13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Attachment No. 4

Note: b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Note: c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4. **Suits and administrative proceedings, executions, garnishments and attachments**

Note: a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CASE # 30-2008-00234694-CL-EN-HNB | CIVIL LITIGATION | SUPERIOR COURT FOR THE STATE OF CALIFORNIA | TO BE DETERMINED |
| LOVISON v. CONDON, TRAGO INTERNATIONAL, INC., et. al CASE NO. 07CC06127 | CIVIL LITIGATION | SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE-CENTERAL DISTRICT | TO BE DETERMINED |
| MONTGOMERY v. CONDON, TRAGO INTERNATIONAL, INC., et. al. CASE NO. GIN057668 | CIVIL LITIGATION | SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO, NORTH COUNTY DIVISION | TO BE DETERMINED |
| LOVISON v. CONDON, TRAGO INTERNATIONAL, INC., et. al. CASE NO. SACV07-408 AHS(MLGx) | CIVIL LITIGATION | UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION | TO BE DETERMINED |
| CAMPUS PARTNERS v. PULSE ENTERTAINMENT GROUP, LLC., et. al. CASE NO. 30-2009-0017803-CU-BC-CJC | CIVIL LITIGATION | SUPERIOR COURT FOR THE STATE OF CALIFORNIA ORANGE COUNTY | TO BE DETERMINED |
| DESOTO v. MEDIANO, et. al. CASE NO YC058784 | CIVIL LITIGATION | SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF LOS ANGELES, SOUTH WEST DISTRICT | TO BE DETERMINED |

Note: b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5. **Repossessions, foreclosures and returns**

Note: List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

6. **Assignments and receiverships**

Note: a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

Note: b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5.    Repossessions, Foreclosures and Returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☒    of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☒    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☒    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 12/07)    2007 USBC, Central District of California

**7.    Gifts**

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
☒      except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
       and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or
       chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
|  |  |  |  |

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☒      of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must
       include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
       a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
|  |  |  |

**9.    Payments Related to Debt Counseling or Bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐      consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
       within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John Peter Lee LTD. Nevada Attorneys | 10-1-2009 to 11 - 2009 | $10,000.00 |

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 12/07) _____ 2007 USBC, Central District of California

**10.    Other Transfers**

None  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of
☐      the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement
       of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

None  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
☒      to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| | | |

**11.    Closed Financial Accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
☒      closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include
       checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
       held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
       institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
       instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| | | |

See Declaration Re Closed Accounts
Christopher Condon

12.    **Safe Deposit Boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
☒      within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
       chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

13.    **Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☐      the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
       concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
       petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Youngs Market Co. | 12/2009 | $ 35,000.00 |
| Tequilera Los Alambiques | 11/2009 | $ 50,000.00 |

14.    **Property Held for Another Person**

None    List all property owned by another person that the debtor holds or controls.
☒

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 8 - (Rev. 12/07)      2007 USBC, Central District of California

**15.**    **Prior Address of Debtor**

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
☐     the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed,
      report also any separate address of either spouse.

ADDRESS             NAME USED             DATES OF OCCUPANCY

2215 B Renaissance Dr. #16           12/2007 – 12/2009
Las Vegas NV. 89119

**16.**    **Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☒     California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
      immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
      spouse who resides or resided with the debtor in the community property state.

      NAME

**17.**    **Environmental Information**

      For the purpose of this question, the following definitions apply:

      "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
      releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
      other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
      or material.

      "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
      formerly owned or operated by the debtor, including, but not limited to, disposal sites.

      "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
      hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None   a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit
☒       that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental
        unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 12/07)                2007 USBC, Central District of California

None    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☒         of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☒         respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or
          was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18.    **Nature, Location and Name of Business**

None    a.   *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
☒         and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
          executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession,
          or other activity either full- or part-time within **six years** immediately preceding the commencement of this case,
          or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately
          preceding the commencement of this case.

          *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
          and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
          of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

          *If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
          and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more
          of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN¹ OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 10 - (Rev. 12/07)                                    2007 USBC, Central District of California

None    b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as    defined
☐           in 11 U.S.C. § 101.

            NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor
who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer,
director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either
full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as
defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business
within those six years should go directly to the signature page.)*

19.    **Books, Records and Financial Statements**

None    a.   List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy
☐           case kept or supervised the keeping of books of account and records of the debtor.

            NAME AND ADDRESS                            DATES SERVICES RENDERED

            Richard Condon                              2008
            Paul Pegg                                   2009
            Gary Capata                                 2006 - 2009

None    b.   List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have
☐           audited the books of account and records, or prepared a financial statement of the debtor.

            NAME                    ADDRESS              DATES SERVICES RENDERED

            IRS                                          2009

None    c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of
☐           account and records of the debtor. If any of the books of account and records are not available, explain.

            NAME                                          ADDRESS

            Capata & Co. C.P.A.

            Paul Pegg

Statement of Financial Affairs (Form 7) - Page 11 - (Rev. 12/07)                    2007 USBC, Central District of California

None    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒        financial statement was issued by the debtor within **two years** immediately preceding the commencement of this
         case.

         NAME AND ADDRESS                                    DATE ISSUED

---

**20.    Inventories**

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking
☐        of each inventory, and the dollar amount and basis of each inventory.

                                                                         DOLLAR AMOUNT
                                                                          OF INVENTORY
                                                                       (Specify cost, market,
         DATE OF INVENTORY          INVENTORY SUPERVISOR                    or other basis)
         *2009*                                                          *1,100,000.00*

---

None    b.  List the name and address of the person having possession of the records of each of the inventories reported
☐        in a., above.

         DATE OF INVENTORY                          NAME AND ADDRESS OF CUSTODIAN
         *12/2009*                                  OF INVENTORY RECORDS
                                                    *Paul Pegg*
                                                    *770 Northwood Blvd. #8*
                                                    *Incline Village, NV 89451*

---

**21.    Current Partners, Officers, Directors and Shareholders**

None    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☒        partnership.

         NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

Statement of Financial Affairs (Form 7) - Page 12 - (Rev. 12/07)                    2007 USBC, Central District of California

None    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐        indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Christopher Condon | Chairman & CEO | 70 % |
| Paul Pegg | President & COO | |
| Mark Mydon | | 7% |

## 22.    Former Partners, Officers, Directors and Shareholders

None    a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☒        preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|



None    b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☒        **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|



## 23.    Withdrawals from a Partnership or Distributions by a Corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
☐        including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
         during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Christopher Condon | | $ 29,335.95 |
| Paul Pegg | | $ 14,796.00 |
| Richard Condon | | $ 10,540.40 |

**24. Tax Consolidation Group.**

None
☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

• • • • • • • • •

Statement of Financial Affairs (Form 7) - Page 14 - (Rev. 12/07)                    2007 USBC, Central District of California

*[If completed by an individual or individual and spouse]*

     I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature _____
                                                                  *Debtor*

Date _____    Signature _____
                                                                  *Joint Debtor (if any)*

---

*[If completed on behalf of a partnership or corporation]*

     I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **January 28, 2010**            Signature _____

                                                 **Christopher London, CEO**
                                                 Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets added

*Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years. or both  18 U S C  §§ 152 and 3571*

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Complete Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*