12:15 PM
09/17/09
Accrual Basis

# Trago International, Inc. orig
## General Ledger
### As of December 31, 2006

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Legal - Other** | | | | | | | | | 43,240.88 |
| Check | 1/12/2006 | 1213 | | John Adsit | | B of A -Chck- ... | 3,000.00 | | 46,240.88 |
| Check | 1/23/2006 | 1218 | | John Adsit | | B of A -Chck- ... | 1,500.00 | | 47,740.88 |
| Check | 2/1/2006 | 1221 | | John Adsit | | B of A -Chck- ... | 1,500.00 | | 49,240.88 |
| Check | 2/2/2006 | 1224 | | John Adsit | | B of A -Chck- ... | 5,000.00 | | 54,240.88 |
| Check | 2/13/2006 | 1233 | | John Adsit | | B of A -Chck- ... | 3,080.00 | | 57,320.88 |
| Check | 2/20/2006 | 1236 | | John Adsit | | B of A -Chck- ... | 2,500.00 | | 59,820.88 |
| Check | 3/24/2006 | 1249 | | John Adsit | | B of A -Chck- ... | 2,000.00 | | 61,820.88 |
| Check | 4/6/2006 | 1265 | | John Adsit | | B of A -Chck- ... | 1,000.00 | | 62,820.88 |
| Check | 4/21/2006 | 1280 | | John Adsit | | B of A -Chck- ... | 5,990.00 | | 68,810.88 |
| Total Legal - Other | | | | | | | 25,570.00 | 0.00 | 68,810.88 |
| Total Legal | | | | | | | 49,170.15 | 0.00 | 118,607.72 |
| **Licensing Fee** | | | | | | | | | 50,000.00 |
| Check | 1/1/2006 | 1208 | | City of Sun Juan | Local license | B of A -Chck- ... | 50.00 | | 50,050.00 |
| Check | 3/29/2006 | 1259 | | CSA | | B of A -Chck- ... | 1,533.00 | | 51,583.00 |
| Check | 4/5/2006 | | | State Of Secretary | | B of A -Chck- ... | 25.00 | | 51,608.00 |
| Check | 4/14/2006 | 1273 | | Department of Alcohol & B... | | B of A -Chck- ... | 453.00 | | 52,061.00 |
| Total Licensing Fee | | | | | | | 2,061.00 | 0.00 | 52,061.00 |
| **Marketing** | | | | | | | | | 126,975.27 |
| Total Marketing | | | | | | | | | 126,975.27 |
| **Patents/Trademarks** | | | | | | | | | 105.00 |
| General Journal | 2/2/2006 | 26 | | Trago Int | purchase of t... | Loan from CT ... | 6,200.00 | | 6,305.00 |
| Check | 4/17/2006 | 1274 | | Myers Dawes | | B of A -Chck- ... | 2,520.02 | | 8,825.02 |
| Check | 7/11/2006 | 1333 | | Myers Dawes | | B of A -Chck- ... | 7,750.00 | | 16,575.02 |
| Check | 8/23/2006 | 1392 | | Myers Dawes | | B of A -Chck- ... | 10,000.00 | | 26,575.02 |
| Check | 8/30/2006 | 1409 | | Myers Dawes | Trademarks (... | B of A -Chck- ... | 2,400.00 | | 28,975.02 |
| Check | 9/22/2006 | 1447 | | Myers Dawes | Legal Fee Tr... | B of A -Chck- ... | 7,500.00 | | 36,475.02 |
| Total Patents/Trademarks | | | | | | | 36,370.02 | 0.00 | 36,475.02 |
| **Production & Design** | | | | | | | | | 36,606.09 |
| Total Production & Design | | | | | | | | | 36,606.09 |
| **Public Relations** | | | | | | | | | 62,500.00 |
| Total Public Relations | | | | | | | | | 62,500.00 |
| **Organization Costs - Other** | | | | | | | | | 0.00 |
| Total Organization Costs - Other | | | | | | | | | 0.00 |
| Total Organization Costs | | | | | | | 88,842.17 | 0.00 | 490,926.85 |
| **Production & Design Costs** | | | | | | | | | 0.00 |
| Total Production & Design Costs | | | | | | | | | 0.00 |

12:15 PM
09/17/09
Accrual Basis

# Trago International, Inc. orig
## General Ledger
### As of December 31, 2006

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 10/17/2006 | 1488 | | Christopher T Condon | 50% paymen... | Licensing Fee | | 100,000.00 | 371,468.36 |
| Check | 10/17/2006 | 1489 | | CT Holdings International, I... | Loan Reimbu... | -SPLIT- | | 40,451.47 | 331,016.89 |
| Check | 10/17/2006 | | | Transfer | | B of A - CD 1 | | 250,000.00 | 81,016.89 |
| Check | 10/17/2006 | | | Service Charge | Check printing | Bank Charges | | 30.00 | 80,986.89 |
| Check | 10/17/2006 | | | Service Charge | Check printing | Bank Charges | | 30.00 | 80,956.89 |
| Check | 10/17/2006 | | | Staples | | Supplies | | 160.90 | 80,795.99 |
| Check | 10/17/2006 | | | Daniel B. Hastings | | Federal Excis... | | 26,191.07 | 54,604.92 |
| Check | 10/17/2006 | | | Grupo Pavisa | wire bottle cost | Manufacturing... | | 38,669.00 | 15,935.92 |
| Check | 10/17/2006 | | | Eoutletmall | | Supplies | | 144.95 | 15,790.97 |
| Check | 10/17/2006 | | | Airport Valet | | Parking & Tolls | | 85.00 | 15,705.97 |
| Check | 10/18/2006 | 1490 | | Contemporary Cocktails | Marketing - B... | Marketing Exp... | | 1,950.95 | 13,755.02 |
| Check | 10/18/2006 | 1491 | | Leah A. Wright | Marketing Ex... | Outside Labor | | 175.00 | 13,580.02 |
| Check | 10/18/2006 | 1492 | | Ryan Moore | Marketing Ex... | Outside Labor | | 250.00 | 13,330.02 |
| Check | 10/18/2006 | 1493 | | Leah Farrant | Marketing Ex... | Outside Labor | | 175.00 | 13,155.02 |
| Check | 10/18/2006 | 1494 | | FedEx | Postage and ... | Postage and ... | | 23.54 | 13,131.48 |
| Check | 10/18/2006 | | | Chevron | | Gas & Oil | | 47.02 | 13,084.46 |
| Check | 10/18/2006 | | | ADP | | Fees | | 59.95 | 13,024.51 |
| Check | 10/18/2006 | | | Ichibiri | | Tasting | | 184.62 | 12,839.89 |
| General Journal | 10/19/2006 | | | Trago Int | legent | Shareholder E... | 50,000.00 | | 62,839.89 |
| Check | 10/19/2006 | 1495 | | Blue Cross of California | Medical Insur... | Medical Insura... | | 242.00 | 62,597.89 |
| Check | 10/19/2006 | 1496 | | Jenine Canell | Expense Rei... | -SPLIT- | | 376.18 | 62,221.71 |
| Check | 10/19/2006 | | | Service Charge | Check printing | Bank Charges | | 10.00 | 62,211.71 |
| Check | 10/19/2006 | | | Service Charge | Check printing | Bank Charges | | 30.00 | 62,181.71 |
| Check | 10/19/2006 | | | Gelsons | | Supplies | | 35.49 | 62,146.22 |
| Check | 10/19/2006 | | | Daniel B. Hastings | | Federal Excis... | | 26,191.07 | 35,955.15 |
| Check | 10/19/2006 | | | Jc Resorts | | Tasting | | 49.78 | 35,905.37 |
| Check | 10/19/2006 | | | Ivy | | Tasting | | 141.17 | 35,764.20 |
| Check | 10/19/2006 | | | Starbucks | | Meals | | 5.10 | 35,759.10 |
| Check | 10/19/2006 | | | Reliable Limo | | Taxi | | 639.00 | 35,120.10 |
| Check | 10/19/2006 | | | The Loft | | Tasting | | 367.69 | 34,752.41 |
| Check | 10/20/2006 | 1497 | | Taryn Battram | Expense Rei... | -SPLIT- | | 927.60 | 33,824.81 |
| Check | 10/20/2006 | 1498 | | Nicole Myden | Expense Rei... | -SPLIT- | | 1,277.12 | 32,547.69 |
| Check | 10/20/2006 | 1499 | | Stephanie Fessler | Expense Rei... | -SPLIT- | | 276.84 | 32,270.85 |
| Check | 10/20/2006 | | | United Airlines | | Airfare | | 30.00 | 32,240.85 |
| Check | 10/20/2006 | | | Hyatt Hotels | | Tasting | | 66.25 | 32,174.60 |
| Check | 10/20/2006 | | | United Airlines | | Airfare | | 615.59 | 31,559.01 |
| Check | 10/20/2006 | | | United Airlines | | Airfare | | 615.59 | 30,943.42 |
| Check | 10/20/2006 | | | Savourys | | Tasting | | 80.49 | 30,862.93 |
| Check | 10/23/2006 | 1500 | | QLAN Corporation | Office Suppli... | Supplies | | 789.81 | 30,073.12 |
| Check | 10/23/2006 | | | Service Charge | Check printing | Bank Charges | | 30.00 | 30,043.12 |
| Check | 10/23/2006 | | | Service Charge | Check printing | Bank Charges | | 45.00 | 29,998.12 |
| Check | 10/23/2006 | | | Servicios | Margain | Consulting fees | | 1,000.00 | 28,998.12 |
| Check | 10/23/2006 | | | USA Truck | US destinatio... | Transportation | | 8,987.90 | 20,010.22 |
| Check | 10/23/2006 | | | Chevron | | Gas & Oil | | 53.90 | 19,956.32 |
| Check | 10/23/2006 | | | Chevron | | Gas & Oil | | 47.43 | 19,908.89 |
| Check | 10/23/2006 | | | Farmers market | | Supplies | | 22.20 | 19,886.69 |
| Check | 10/23/2006 | | | US Air | | Airfare | | 440.10 | 19,446.59 |
| Check | 10/23/2006 | | | US Air | | Airfare | | 5.00 | 19,441.59 |
| Deposit | 10/24/2006 | | | Trago Int | transfer of fu... | B of A - CD 1 | 100,000.00 | | 119,441.59 |

# EXHIBIT 4

RECEIVED

AUG 13 2009

SOUTHWEST DISTRICT

Lawrence J. La Rocca
Law Offices of Lawrence J. La Rocca
3780 12th Street
Riverside, California 92501
Tel. (951) 682-4900
Fax (951) 781-0115
Email laroccalaw@gmail.com

Attorney for Defendant, CHRISTOPHER CONDON,
TRAGO INTERNATIONAL, INC., a Delaware corporation ,
TRAGO LP, a British Virgin Islands limited partnership,
FX HOLDINGS INTERNATIONAL LTD, a British Virgin Islands corporation,
TRAGO USA, INC., a California corporation,
CT HOLDINGS INTERNATIONAL, INC., a Delaware corporation;
RUVA INTERNATIONAL, INC., a
Nevada Corporation

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY LOS ANGELES**

TOMMY DESOTO, an individual; GEORGE KOSTY, an individual; ANTOINETTE CARDENAS, an individual; and DOUGLAS LOVISON, an individual
**Plaintiffs**

**vs.**

MICHAEL MEDIANO, an individual; JOHN ADSIT, an individual; CHRISTOPHER CONDON, an individual; RICHARD CONDON, an individual; TRAGO LP, a British Virgin Islands limited partnership; FX HOLDINGS INTERNATIONAL LTD, a British Virgin Islands corporation; TRAGO USA, INC., a California corporation; TRAGO INTERNATIONAL, INC., a Delaware corporation; CT HOLDINGS INTERNATIONAL, INC., a Delaware corporation; PULSE ENTERTAINMENT GROUP, L.L.C., a Nevada limited liability company; RUVA INTERNATIONAL. INC., a Nevada Corporation; and DOES 1 through 50, **Defendants**

Case No. **YC058784**

**DECLARATION OF PHILIP YUYAO CHOU**

COMES NOW PHILIP YUYAO CHOU IN DECLARATION AS FOLLOWS:

1. I Philip Yuyao Chou am a Chairman of the CSA, China Strategic Alliance Co., Ltd hereinafter "CSA" I executed a Letter of Intent with Christopher Condon as Chairman for TRAGO INTERNATIONAL, INC., hereinafter TRAGO I have personal knowledge of the facts contained herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Letter of Intent Trago has executed with CSA. On June 19, 2009 TRAGO and CSA agreed to work in good faith together to implement the launching of TRAGO brand in China and Hong Kong, Taiwan and the Pan Pacific Rim and to establish the TRAGO tequila brand in those territories. The joint venture between CSA and TRAGO is estimated to be worth more than **ONE HUNDRED MILLION DOLLARS ($100,000,000.00)** in sales in the first two years. We are committing to invest **TWO AND A HALF MILLION DOLLARS ($2,500,000.00)** to begin the joint venture.

3. I have been informed of the Plaintiffs efforts to have a receiver appointed to TRAGO to run the company. **Unfortunately the advent of a Receiver being appointed to TRAGO will cause CSA not be able to consummate the necessary contracts and relationships that are required to implement the deal as outlined in the Letter of Intent. CSA will not invest TWO AND A HALF MILLION DOLLARS ($2,500,000.00)** to begin the Joint Venture. **(emphasis original.)**

4. TRAGO is poised to move very swiftly in the China market due to the influential nature of the deal. The only tequila's with any real market share here in China are Cuervo and Olmeca which are not 100% Agave tequilas. The consumer reactions by the Chinese consumers in the tastings of TRAGO we have conducted have been outstanding. We have the potential capability through this partnership to achieve access to 18,000 KTV, Bars, Lounges, and night clubs in Beijing alone. Shanghai is another very large substantial market that we will saturate as well in addition to the 30 provinces and 4 municipalities of China. Additionally, we will market in Taiwan, Thailand, Japan and the balance of the Pacific Rim.

5. The relationships of the members of CSA, go far into the strategic geo political depths and financial strengths in and around the China borders. CSA has excellent relationships with the syndicated banks for a potential Trago IPO on the China exchange.

I declare under penalty of perjury and the laws of the State of California that all of the facts contained herein are true and correct except as to those facts alleged on information and belief and as to those facts I believe them to be true.

Executed at Beijing, China on the 1st day of August 2009.

Dated: August 1st, 2009

PHILIP CHOU, Chairman of
China Strategic Alliance.
Declarant

EXHIBIT
A

# *CSA China Strategic Alliance Co., Ltd*

2009-06-19

Christopher T. Condon
Trago International, Inc.
Chairman & CEO

Re: Letter of Intent between CSA and Trago

China Strategic Alliance ("CSA") and Trago International, Inc. ("TII") agree, as of June 19, 2009, to work in good faith over the next three weeks to implement the following, which shall remain subject to further negotiation and the execution of mutually agreed definitive documentation:

1. CSA and TII will establish a joint venture company for China, Taiwan and the Pan Pacific Rim, tentatively to be named China Trago Import Co. ("CTIC"), to establish and exploit the Trago tequila brand in China, Taiwan and the Pan Pacific Rim.

2. CSA, on behalf of CTIC, will apply the experience, knowledge, influence and network it has in the past used with other CSA partner's in the launching of other major international brands in China (including Hong Kong) and Taiwan and the Pan Pacific Rim to establish the Trago tequila brand in the territories mentioned in 1 above. It is anticipated that CTIC will commence distribution initially in and around Beijing, then in Shanghai, and then in other parts of China.

3. To begin operations, CSA and TII will each capitalize CTIC with $2.5MM, which will be used to purchase product of and sales, operations and marketing. This will include sourcing bottle production in China for local and international use and making arrangements for bottling Trago branded tequila products in China.

4. CSA will manage day to day operations of CTIC. CSA will facilitate CTIC obtaining all licenses necessary for the import and export of its products and for the operation of its business. CSA will assist CTIC with a potential IPO strategy on the China Exchange with its network of syndicated banks.

5. Profits, after mutually approved expenses, will be shared 50/50.

CHINA STRATEGIC ALLIANCE

By:____________________
Philip Yuyao Chou, Chairman

TRAGO INTERNATIONAL, INC.

By:____________________
Christopher T. Condon, Chairman

**Hui Yuan Building K, Room 905 No.8 Bei Chen East Rood, Beijing China**
TEL: +861084985748 FAX: +861064992450

# EXHIBIT 5

**Joann Sheikh**

**From:** Joann Sheikh [joann@capatax.com]
**Sent:** Monday, March 02, 2009 4:27 PM
**To:** 'ccondon@trago-tequila.com'; 'rtcondon@trago-tequila.com'; 'DA@dennisardi.com'
**Cc:** 'Gary Capata'
**Subject:** Trago International Income Statement
**Attachments:** Trago Income Stmt FYE 12-31-08.pdf

Per your request, attached please find the Trago International income statement FYE 12-31-08.

Please do not hesitate to contact us if you require further assistance.

Jo Ann for Gary Capata

*Jo Ann Sheikh*
*Administrative Assistant*
*Capata & Co.*
*28202 Cabot Road, Suite 305*
*Laguna Niguel, CA 92677*
*joann@capatax.com*
*Tel: 949-364-0334*
*Fax: 949-364-0362*

# TRAGO INTERNATIONAL, INC.

## INCOME STATEMENT

## FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2008




To the Board of Directors
Trago International, Inc.
Las Vegas, Nevada

We have compiled the accompanying income statement of Trago International, Inc. for the year ended December 31, 2008, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying income statement and, accordingly, do not express an opinion or any other form of assurance on it.

Capata & Co.
March 2, 2009

T. 949.364.0334 F. 949.364.0362 1.800.227.2829 28202 Cabot Road Suite 305 Laguna Niguel, CA 92677
www.capatax.com

TRAGO INTERNATIONAL, INC.
STATEMENT OF INCOME
Year Ended December 31, 2008

| | | 2008 |
|---|---|---|
| REVENUES | | |
| Sales | | $1,614,358 |
| COST OF MERCHANDISE SOLD | | 541,700 |
| | GROSS PROFIT | 1,072,658 |
| EXPENSES | | |
| General Selling and administrative | | 846,000 |
| | | 846,000 |
| | NET INCOME | $ 226,658 |

# EXHIBIT 6

5:09 PM
02/11/09
Accrual Basis

# Trago International, Inc. 123
## Profit & Loss
### January through December 2008

| | | Jan - Dec 08 | |
|---|---|---|---|
| Ordinary Income/Expense | | | |
| Income | | | |
| Sales Income | | | |
| Anejo 50ML | 26,337.32 | | |
| Anejo 750ML | 433,695.63 | | |
| Reposado 50ML | 25,402.32 | | |
| Reposado 750ML | 330,061.58 | | |
| Sales Returns and Allow&Disc | -5,929.47 | | |
| Silver 50ML | 95,405.80 | | |
| Silver 750ML | 709,384.40 | | |
| Total Sales Income | | 1,614,357.58 | |
| Total Income | | 1,614,357.58 | |
| Cost of Goods Sold | | | |
| Cost of Goods Sold | | | |
| Anejo 50ML | 12,768.00 | | |
| Anejo 750ML | 124,208.70 | | |
| Reposado 50ML | 12,848.00 | | |
| Reposado 750ML | 100,540.44 | | |
| Silver 50ML | 46,513.00 | | |
| Silver 750ML | 203,378.89 | | |
| Total Cost of Goods Sold | | 500,257.03 | |
| Manufacturing Cost | | 1,004,070.37 | — Prepaid '06 '07 ↳ accounted for |
| Transportation | | 43,384.69 | |
| Total COGS | | 1,547,712.09 | 108 Adjustment 35% = 541,700 |
| Gross Profit | | 66,645.49 | $ 1,072,657.58 |
| Expense | | | |
| Advertising | | 28,314.00 | — (20,000) to 40,000, 40K used in calc |
| Auto Expense | | | |
| Gas & Oil | 9,216.36 | | |
| Insurance-Auto | 4,081.50 | | |
| Repairs | 2,130.99 | | |
| Total Auto Expense | | 15,428.65 | — 5,000 |
| Bank Charges | | 5,953.80 | — 2,000 |
| Beverage Tax | | | |
| State Tax | 6,463.68 | | |
| Total Beverage Tax | | 6,463.68 | — 6,000 |
| Commissions | | 833.67 | |



CAPATA 001231



5:09 PM
02/11/09
Accrual Basis

# Trago International, Inc. 123
## Profit & Loss
January through December 2008

| | | Jan - Dec 08 | | Annotation |
|---|---|---|---|---|
| Consulting fees | | | | |
| Severance Pay | | 2,083.33 | | 0 |
| Consulting fees - Other | | 279,989.31 | | 950,000 / 150000 |
| Total Consulting fees | | | 282,072.64 | |
| Distributors Exp | | | | ACC MHW |
| Bank Fees | | -51.51 | | |
| Broker fee | | 1,840.00 | | |
| Distributors Fees MHW | | 26,950.00 | | 0 |
| Insurance | | 1,069.09 | | |
| Miscellaneous | | 90.08 | | |
| Warehouse fees | | 16,777.00 | | |
| Total Distributors Exp | | | 46,674.66 | 0 |
| Dues and Subscriptions | | | 2,831.91 | 0 |
| Fees | | | | |
| Bill of Lading | | 45.00 | | |
| Compliance | | 150.00 | | |
| Continuous Bond | | 575.00 | | |
| Drayage | | 115.00 | | |
| Entry and Handling | | 665.00 | | US OPERATION |
| FDA(701) Preparation | | 75.00 | | |
| Licensing Fee | | 1,652.00 | | |
| Single Entry Bond | | 492.00 | | |
| Total Fees | | | 3,769.00 | 4,000 |
| Gifts | | | 114.88 | 0 |
| Insurance | | | 58,750.13 | 40,000 |
| Marketing Exp | | | | # 247,000 |
| Exp Reimb | | | | |
| Auto Allowance | | 13,750.00 | | |
| Auto Gas & Oil | | 12,672.55 | | X |
| Dues/Subscriptions | | 124.00 | | |
| Event Promotions | | 2,652.64 | | |
| Gifts | | 853.05 | | SALES FORCE |
| Meals | | 1,722.03 | | |
| Medical | | 2,662.08 | | |
| Office Equipment | | | | |
| Rental | 99.26 | | | |
| Office Equipment - Other | 784.50 | | | |
| Total Office Equipment | | 883.76 | | |



CAPATA 001232

5:09 PM
02/11/09
Accrual Basis

# Trago International, Inc. 123
## Profit & Loss
### January through December 2008



| | | Jan - Dec 08 | | Annotation |
|---|---|---|---|---|
| Other | | 440.00 | | |
| Parking/Tolls | | 5,120.15 | | |
| Postage & Shipping | | 600.10 | | |
| Samples | | 346.73 | | |
| Supplies | | 2,775.42 | | |
| Tastings | | 11,208.47 | | |
| Telephone | | 5,998.73 | | |
| Travel | | | | |
| Airfare | 17,995.20 | | | |
| Auto Rental | 3,665.14 | | | |
| Hotel | 8,813.48 | | | |
| Taxis | 650.90 | | | |
| Travel - Other | 0.00 | | | |
| Total Travel | | 31,124.72 | | |
| Exp Reimb - Other | | 321.12 | | |
| Total Exp Reimb | | | 93,255.55 | 40,000 |
| Outside Labor | | | | |
| LA (Los Angeles) | | 930.00 | | |
| NV (Nevada) | | 300.00 | | |
| NY (New York) | | 9,465.00 | | |
| Total Outside Labor | | | 10,695.00 | 0 |
| Printing | | | 4,550.31 | |
| Product Promotion | | | | |
| Australia | | 16,010.00 | | |
| CA - LA (Calif - Los Angeles) | | 7,620.03 | | |
| CA - SF (Calif. - San Francisco | | 3,154.55 | | |
| Kansas | | 92.51 | | |
| MA (Massachusetts) | | 36,126.56 | | |
| New Jersey | | 2,695.00 | | |
| NV (Nevada) | | 5,950.39 | | |
| NY - NYC (New York- NY City) | | 8,419.95 | | |
| Pricing Discounts CA | | 1,729.00 | | |
| Pricing Discounts NY | | 3.50 | | |
| Tennessee | | 229.52 | | |
| TX (Texas) | | 5,858.00 | | |
| Total Product Promotion | | | 87,889.01 | 50,000 |
| Product Promotion;PA | | | 760.08 | |
| Public Relations | | | 22,307.77 | 20,000 |



CAPATA 001233

5:09 PM
02/11/09
Accrual Basis

# Trago International, Inc. 123
## Profit & Loss
### January through December 2008



| | Jan - Dec 08 | | | Handwritten |
|---|---|---|---|---|
| Samples | | | | |
| AZ (Arizona) | 7,250.97 | | | |
| CA (California) | 17,541.83 | | | |
| CO (Colorado) | 1,921.88 | | | |
| DC (Dist. of Columbia) | 321.34 | | | |
| HI (Hawaii) | 298.52 | | | |
| MD (Maryland) | 253.72 | | | |
| NM (New Mexico) | 609.58 | | | |
| NV (Nevada) | 16,344.08 | | | |
| NY (New York) | 101.99 | | | |
| TX (Texas) | 7,418.49 | | | |
| WA (Washington) | 52.50 | | | |
| Total Samples | | 52,114.90 | | 25,000 |
| Service Contract Marketing | | 263,306.00 | | 0 (PULSE OPERATION) |
| Supplies | | | | |
| POS | 3,667.51 | | | |
| Supplies - Other | 674.53 | | | |
| Total Supplies | | 4,342.04 | | 5,000 |
| Trade Show Las Vegas | | | | |
| Equipment & Space Rental | 2,555.75 | | | |
| Total Trade Show Las Vegas | | 2,555.75 | | 0 |
| Web Site Design & Hosting | | 1,887.39 | | 0 |
| Marketing Exp - Other | | 43,555.28 | | 0 |
| Total Marketing Exp | | | 587,225.08 | $ 140,000 |
| Meals | | | 388.39 | |
| Medical Insurance | | | 28,587.63 | |
| Network Services | | | 11,168.35 | |
| Office Expenses | | | | |
| Miscellaneous | | 1,701.25 | | |
| Postage and Shipping | | 29,100.23 | | |
| Supplies | | 1,212.49 | | |
| Telephone | | | | |
| Equipment | 506.06 | | | |
| Telephone - Other | 6,868.38 | | | |
| Total Telephone | | 7,374.44 | | |
| Total Office Expenses | | | 39,388.41 | 25,000 0 |



CAPATA 001234

5:09 PM
02/11/09
Accrual Basis

# Trago International, Inc. 123
## Profit & Loss
### January through December 2008



| | Jan - Dec 08 | Handwritten notes |
|---|---|---|
| Payroll Expenses | | |
| Fees | 1,823.93 | |
| Insurance Workers Compensation | 1,648.33 | |
| PR Tax - NY State Disability | 11.34 | |
| PR Tax - NYS Withholding Tax | 3,390.45 | 5% — 12,000 |
| PR Taxes - Employer's Share | 28,430.38 | 50,000 |
| Salaries - Office, Admin | 38,955.73 | 175,000 |
| Salaries - Officers | 380,000.00 | 0 Commissions only |
| Salaries - Sales Persons | 183,845.24 | |
| Total Payroll Expenses | 638,105.40 | $237,000 0 |
| Professional Fees | | |
| Accounting | 25,932.10 | 15,000 |
| Legal Fees | | |
| Compliance | 2,225.57 | |
| Litigation | 670,808.53 | Litigation |
| Patents and Trademarks | 17,933.01 | |
| Total Legal Fees | 690,967.11 | 50,000 |
| Total Professional Fees | 716,899.21 | $65,000 0 |
| Rent | 12,300.76 | 12,000 |
| Repairs and Maintenance | 1,604.79 | 0 |
| Testing | 15,839.85 | 5,000 |
| Tax Expenses | | |
| CA Excise | 50.00 | |
| CA Franchise Tax | 519.11 | |
| DE Franchise Tax | 100.00 | |
| Federal Excise Tax | 80,828.68 | US Imports |
| MBT Nevada | 2,250.64 | |
| Sales tax | -1,000.00 | |
| Tax Expenses - Other | -53.80 | |
| Total Tax Expenses | 82,694.53 | 90,000 |
| Travel - Corp. | | |
| Airfare | 3,333.77 | |
| Hotel | 5,036.75 | |
| Meals | 401.17 | |
| Misc | 14.75 | |
| Parking & Tolls | 3,164.83 | |
| Taxi | 643.15 | |
| Total Travel - Corp. | 12,594.42 | 25,000 |
| VOID | 0.00 | |
| Total Expense | 2,597,604.04 | $816,000 |
| Net Ordinary Income | -2,531,158.55 | 226,657.58 |

Handwritten: 132,000 0 (bracketing Rent through Total Travel - Corp.); $459,000

Page 5

5:09 PM
02/11/09
Accrual Basis

# Trago International, Inc. 123
## Profit & Loss
### January through December 2008

| | Jan - Dec 08 |
|---|---|
| Other Income/Expense | |
| Other Income | |
| Interest Income | 846.61 |
| Other Income | 1,000.00 |
| Total Other Income | 1,846.61 |
| Other Expense | |
| Interest Expenses | 50,897.73 |
| Total Other Expense | 50,897.73 |
| Net Other Income | -49,051.12 |
| Net Income | -2,580,209.67 |

226,657.58

# EXHIBIT 7

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

AUG 1 4 2009

John A. Clarke, Executive Officer/Clerk

By K. Smith, Deputy

Lawrence J. La Rocca
Law Offices of Lawrence J. La Rocca
3780 12th Street
Riverside, California 92501
Tel. (951) 682-4900
Fax (951) 781-0115
Email laroccalaw@gmail.com

Attorney for Defendant, CHRISTOPHER CONDON,
TRAGO INTERNATIONAL, INC., a Delaware corporation ,
TRAGO LP, a British Virgin Islands limited partnership,
FX HOLDINGS INTERNATIONAL LTD, a British Virgin Islands corporation,
TRAGO USA, INC., a California corporation,
CT HOLDINGS INTERNATIONAL, INC., a Delaware corporation;
RUVA INTERNATIONAL, INC., a
Nevada Corporation

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY LOS ANGELES**

TOMMY DESOTO, an individual; GEORGE KOSTY, an individual; ANTOINETTE CARDENAS, an individual; and DOUGLAS LOVISON, an individual
**Plaintiffs**

vs.

MICHAEL MEDIANO, an individual; JOHN ADSIT, an individual; CHRISTOPHER CONDON, an individual; RICHARD CONDON, an individual; TRAGO LP, a British Virgin Islands limited partnership; FX HOLDINGS INTERNATIONAL LTD, a British Virgin Islands corporation; TRAGO USA, INC., a California corporation; TRAGO INTERNATIONAL, INC., a Delaware corporation; CT HOLDINGS INTERNATIONAL, INC., a Delaware corporation; PULSE ENTERTAINMENT GROUP, L.L.C., a Nevada limited liability company; RUVA INTERNATIONAL, INC., a Nevada Corporation; and DOES 1 through 50, **Defendants**

Case No. YC058784

**DECLARATION OF DARLENE JOY TRIGLIA**

COMES NOW DARLENE JOY TRIGLIA IN DECLARATION AS FOLLOWS:

1. I, Darlene Joy Triglia am a liaison for the negotiations and agreement between TRAGO INTERNATIONAL, INC., hereinafter referred to as TRAGO and an unnamed international corporation hereinafter referred to as " Corp." for a **TWENTY TWO MILLION DOLLAR ($22,000,000.00) distribution agreement.** I have personal knowledge of the facts contained herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Agreement Trago has executed with the " Corp." on January 12, 2009 for **TWENTY TWO MILLION DOLLARS ($22,000,000.00)** in sales over the next four years. The actual name of the International Corporation has been redacted along with the name of the president of " Corp". The names have been redacted based on what happened to Jean Paul Benizri and Whitley Neill USA. As explained in paragraph 4 below, Jean Paul Benizri was proposed to take office in TRAGO as their President and Chief Operating Officer.

3. I have a personal relationship with the principles of this agreement. I introduced the TRAGO brand and Christopher Condon to the principals herein. I have been made aware that TRAGO may go into receivership. **The advent of Receivership of TRAGO will terminate this deal before it gets started. I along with the principles of " Corp." will terminate the attached agreement if the Court appoints a Receiver to run TRAGO as the parties have a relationship with Christopher Condon and have met on several occasions.** Furthermore, we are in negotiations with other European Countries as well as Jamaica, these deals will not take place if Christopher Condon is removed as the principals involved have also established relationships. **The value of these deals would be worth more than FIFTEEN MILLION DOLLAR $15,000,000 over the next three years.**

4. I am informed and believe that Jean Paul Benizri, President of JPB selections and Vice President of Whitley Neill USA was to become President and Chief Operating Officer of TRAGO. Lovison's attorney, Lucal sent a letter warning Jean Paul Benizri and Whitley Neill USA that their relationship with TRAGO would lead to their company being named as a party in pending litigation. As a direct result Jean Paul Benizri terminated his relationship with TRAGO.

5. The Agreement grants "Corp" the rights to represent TRAGO brand in South America Central America, Caribbean Islands, Netherlands, and the Antilles. Also the markets of Columbia, Brazil, Ecuador, Venezuela, Chile and Panama have priorities regarding the above mentioned regions.

I declare under penalty of perjury and the laws of the State of California that all of the facts contained herein are true and correct except as to those facts alleged on information and belief and as to those facts I believe them to be true.

Executed in Fort Lauderdale, Florida on the 2nd day of August, 2009.

Dated: August 2, 2009

Darlene Joy Triglia, Declarant

EXHIBIT

A




[redacted] Corporation

# AGREEMENT
# BETWEEN
# TRAGO INTERNATIONAL, INC.
# AND
# [redacted], CORP.

South America, Central America, Caribbean, and Netherlands Antilles.

**CLAUSE ONE:**
Trago International Inc. hereinafter for the purpose of this Agreement denominated "Trago Inc" by means of this instrument grants [redacted] Corp, herein after for the purpose of this Agreement denominated "[redacted]" the rights to represent "Trago Inc. "in South America, Central America,Caribbean, and Netherlands Antilles and therefore to market register, import and distribute in our behalf our Tequila brand "Trago" in its different presentations and types. The markets of Colombia, Brazil, Ecuador, Venezuela, Chile and Panama have priorities regarding the above mentioned regions.

**CLAUSE TWO:**
"[redacted]" will represent "Trago Inc." for a period of two (2) years with a mutually agreed option for additional (2) years. The representation will begin with the issue of individual license for each of the countries.

**CLAUSE THREE:**
Year 1 - (10) Container commitment upon licensing for Central America, South America and Caribbean.
Year 2 - (15) container commitment.
Upon reaching goals for years 1 and 2, "Trago Inc." will automatically renew year 3 option with "[redacted]".
Year 3 - (18) Container commitment.
Upon reaching goals for year 3, "Trago Inc." will automatically renew year 4 option with Profit (20) container commitment.
Year4 - Upon reaching goals for year 4, "Trago Inc." will mutual discuss new sales and marketing goals and an additional 4 year agreement.
It is understood that all expenses such as: trips, boarding, cost of taxes, fees etc destined to obtain health permits will be covered by "Trago Inc".

**CLAUSE FOUR:**
All purchasing will be 50% Cash in Advance and 50%. Upon Profit possession in port Manzanillo FOB.






**CLAUSE FIVE:**

Sales to Duty Free Shops of South America, Central America, Caribbean, and Netherlands Antilles are included in this Agreement.

**CLAUSE SIX:**
"Trago Inc. "will meet quarterly with "[redacted]" to discuss the marketing budgets.

**CLAUSE SEVEN:**
In the event there is a significant change of ownership or sales of Trago and the newly constituted ownership terminates this agreement or ownership fails to renew without a material breach, "Trago Inc." agrees to pay gross profit to [redacted] Corp. on the preceding 24 months sales of gross profit.

This letter is intended to constitute the agreement by and between the parties hereto:
IN WITNESS WHERE OF, the parties execute this Agreement as of the date set forth above,
"Trago"
TRAGO INTERNATIONAL, INC., a Delaware corporation

By: ______________________ Date: 1/12/09
Christopher T. Condon, Chief Executive Officer

"Importer"
[redacted], CORP.

By: ______________________ Date: 1/12/09
[redacted], President



# EXHIBIT 8

RECEIVED
AUG 13 2009
SOUTHWEST DISTRICT

Lawrence J. La Rocca
Law Offices of Lawrence J. La Rocca
3780 12th Street
Riverside, California 92501
Tel. (951) 682-4900
Fax (951) 781-0115
Email laroccalaw@gmail.com

Attorney for Defendant, CHRISTOPHER CONDON,
TRAGO INTERNATIONAL, INC., a Delaware corporation,
TRAGO LP, a British Virgin Islands limited partnership,
FX HOLDINGS INTERNATIONAL LTD, a British Virgin Islands corporation,
TRAGO USA, INC., a California corporation,
CT HOLDINGS INTERNATIONAL, INC., a Delaware corporation;
RUVA INTERNATIONAL, INC., a
Nevada Corporation

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY LOS ANGELES**

TOMMY DESOTO, an individual; GEORGE KOSTY, an individual; ANTOINETTE CARDENAS, an individual; and DOUGLAS LOVISON, an individual

**Plaintiffs**

vs.

MICHAEL MEDIANO, an individual; JOHN ADSIT, an individual; CHRISTOPHER CONDON, an individual; RICHARD CONDON, an individual; TRAGO LP, a British Virgin Islands limited partnership; FX HOLDINGS INTERNATIONAL LTD, a British Virgin Islands corporation; TRAGO USA, INC., a California corporation; TRAGO INTERNATIONAL, INC., a Delaware corporation; CT HOLDINGS INTERNATIONAL, INC., a Delaware corporation; PULSE ENTERTAINMENT GROUP, L.L.C., a Nevada limited liability company; RUVA INTERNATIONAL, INC., a Nevada Corporation; and DOES 1 through 50, **Defendants**

Case No. **YC058784**

**DECLARATION OF MARK MYDEN**

COMES NOW MARK MYDEN IN DECLARATION AS FOLLOWS:

1. I MARK MYDEN am an investor in TRAGO INTERNATIONAL, INC., hereinafter TRAGO. I am also the President of the Group Publishing Division of L.A. Sports Productions, Inc. I have personal knowledge of all of the facts contained herein and I am the second largest shareholder in the company.

2. I am very proactive in the business of TRAGO as I have a substantial investment in the company. On July 29, 2009 I introduced one of my clients, a very large sales/distributing company globally to TRAGO. The meeting went extremely well. There is currently a substantial opportunity for TRAGO. I conservatively estimate the deal that is presently being negotiated to be worth **SEVENTY FIVE MILLION DOLLARS ($75,000,000.00)** in sales over the next three years

3. I am under a duty to advise the Sales and Distributing Company involved to terminate their involvement with the TRAGO brand if a Receiver is Appointed to the Company. I am informed and believe that no reasonably prudent company is going to move forward with a business relationship with TRAGO if a Receiver is Appointed.

4. I organized a meeting with the CEO and Sr. Vice President of Sales and Marketing of their organization. We have already had a meeting and a deal is in process. They were very moved and inspired by the brand and by the outstanding presentation by Christopher Condon, Trago CEO. Their CEO was responsible for creating the Member Services division at Costco and developed the relationship with American Express to make them the **exclusive credit card company** excepted at Costco. Their network is very established with some of the largest retailers in the world including WalMart (3,400 locations), Costco(565 locations), Sam's Club

(592 locations), Target (1685 locations) Kroger with 3600 stores, Albertsons with 2500 stores, Safeway with 1740 stores, Publix with 925 stores, Food Lion with 1285 stores. They also distribute to all of the large chain Drug Stores like Walgreens with 6250 stores in 49 states, CVS Pharmacy with 6250 stores in 40 states. This is just some of stores within their portfolio. This would be a very substantial group for TRAGO to align with.

5. I have personal knowledge of the affairs of TRAGO as the second largest shareholder in the company. I am in communication with several other investors in TRAGO. If the Receiver is Appointed, many of the investors are ready to pursue claims against the Plaintiffs for destroying our investment because of their unfounded claims.

6. As the second largest shareholder in TRAGO I have been informed about the Plaintiffs and based on that information I believe that the Plaintiffs are composed of Douglas Lovison who is a minority shareholder in TRAGO owning less than 5% of the company. The remaining Plaintiffs are not shareholders in TRAGO owning 0%. They are minority limited partners in the predecessor company TRAGO LP owning less than 2% of the limited partnership. If this minority group causes the liquidation of my investment in TRAGO and damages this major opportunity, I will be without recourse except to pursue claims against the Plaintiffs along with other shareholders whose investment will be destroyed by the pursuit of the Plaintiffs unmeritorious claims against TRAGO.

7. I have traveled globally with Christopher T. Condon, Trago's Chairman & CEO, and have been present at many distributor meeting under which distributor agreements have been negotiated and executed with multi billion dollar companies, such as Young's Market Company here in California. Christopher Condon continues to work seven days a week for this business

and the only issue I see is the fact that Lovison and Lucal are bleeding the company with frivolous and unmeritorious litigation by Judge Shopping and looking for a sympathetic ear. Lovison signed a Settlement and Release Agreement a few years ago, over a 2-3 week negotiation with attorneys and not under duress. When Lovison saw the Trago brand on the shelves a few years later in restaurants and stores, Lovison then tries to get out of his Settlement and Release Agreement by trying to take back a larger stake in Trago. Lovison has unsuccessfully lost countless times in the Public Forum in former State and Federal cases. Lovison is trying to destroy and bankrupt the business through litigation tactics and attrition. We will no longer stand for this frivolous nonsense and will launch a full blown investigation. Lovison has also lost 9 past times seeking a Receiver and Injunction.

I declare under penalty of perjury and the laws of the State of California that all of the facts contained herein are true and correct except as to those facts alleged on information and belief and as to those facts I believe them to be true.

Executed at Newport Beach, California on the 1st day of August 2009.

Dated: August 1, 2009

MARK MYDEN, Declarant

| In re: TRAGO INTERNATIONAL, INC. Debtor(s). | CHAPTER: 11 CASE NUMBER: 8:09-BK-24166-TA |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
969 VALE TERRACT DR., STE E, VISTA, CA 92084

A true and correct copy of the foregoing document described as REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/26/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Michael J. Hauser, Esq. , michael.hauser@usdoj.gov
US TRUSTEE, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 1/26/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

WILLIAM C. RAWSON, JR., 2524 SEAVIEW AVENUE, CORONA DEL MAR, CA 92625
TRAGO INTERNATIONAL, INC., 770 NORTHWOOD BLVD, STE 8, INCLINE VILLAGE, NV 89451
HON. THEODOR ALBERT, 411 W. FOURTH ST, STE 5085, SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ______________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/26/10 | BILL MUSSER | Bill Musser |
|---|---|---|
| *Date* | *Type Name* | *Signature* |