| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| RICHARD A. LUCAL, ESQ.  SBN 143372<br>LAW OFFICES OF RICHARD LUCAL<br>969 VALE TERRACE DR., STE E<br>VISTA, CA 92084<br>TEL: 760-806-8141<br>FAX: 760-806-8172<br><br>☐ *Individual appearing without counsel*<br>XX *Attorney for:* DOUGLAS LOVISON<br><br>**ORIGINAL**<br>**ENTERED**<br>APR 01 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk | **FILED**<br>MAR 31 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: TRAGO INTERNATIONAL, INC.<br><br>Debtor(s) | CHAPTER: 11<br>CASE NO.: 8:09-BK-24166-TA<br>DATE: 03/02/2010<br>TIME: ~~10:00AM~~ 10:30 AM<br>CTRM: 5B<br>FLOOR: |
|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
## (MOVANT: <u>DOUGLAS LOVISON</u>)

1. The Motion was:    Contested    **XX** Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: TRAGO INTERNATIONAL, INC. et al, vs. MONTGOMERY et al

    Docket number: YC 054317

    Court or agency where pending: LOS ANGELES COUNTY SUPERIOR COURT

3. The Motion is granted under:    **XX** 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.  ☐ Terminated as to Debtor(s) and Debtor's(s') estate.
    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.  **XX** Modified or conditioned as set forth in Exhibit ___A___ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a.  ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b.  ☒ Proceeding against the Debtor(s) as to NON-estate property or earnings.

LODGED
MAR 10 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                          **F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of 5*

| In re | TRAGO INTERNATIONAL | CHAPTER: 11 |
|---|---|---|
| | Debtor(s) | CASE NO.: 8:09-BK-24166-TA |

7. This Court further orders as follows:
   a. XX This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. XX The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☐ See attached continuation page for additional provisions.

Dated:

MAR 3 1 2010

UNITED STATES BANKRUPTCY JUDGE

THEODOR ALBERT

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                     F 4001-10.NA

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of 5*

| In re | TRAGO INTERNATIONAL | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 8:09-BK-24166-TA |

## EXHIBIT A

Movant Douglas Lovison's Motion for Relief from Automatic Stay is GRANTED. Movant Douglas Lovison is granted relief from the automatic stay for the limited purpose of obtaining entry of judgment and a final determination from the Los Angeles County Superior Court, case number YC054317, as to the amount of attorney's fees and costs. Movant is entitled to recover from Debtor Trago International, Inc. as a result of the entry of judgment in favor of Lovison. *Stay is not relieved for levy purposes.*

EXHIBIT A

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

**F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of 5*

| In re | TRAGO INTERNATIONAL | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 8:09-BK-24166-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
969VALE TERRACE DRIVE, STE E, VISTA, CA 92084

A true and correct copy of the foregoing document described ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C §362 (MOVANT DOUGLAS LOVISON) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 8, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On March 8, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
WILLIAM C. RAWSON, JR., 2524 SEAVIEW AVENUE, CORONA DEL MAR, CA 92625
TRAGO INTERNATIONAL, INC., 770 NORTHWOOD BLVD, STE 8, INCLINE VILLAGE, NV 89451
HON. THEODOR ALBERT, 411 W. FOURTH ST, STE 5085, SANTA ANA, CA 92701-4593
MICHAEL J. HAUSER, ESQ., 411 FOURTH ST, STE 9041, SANTA ANA, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date : March 8, 2010        BILL MUSSER        *Signature*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.NA

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of 5*

| In re    TRAGO INTERNATIONAL | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:09-BK-24166-TA |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C §362 (MOVANT DOUGLAS LOVISON) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 8, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
Michael J. Hauser, Esq. , michael.hauser@usdoj.gov
US TRUSTEE, ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
RICHARD A. LUCAL, ESQ, (Attorney for Movant LOVISON), 969 VALE TERRACE DR., STE, VISTA, CA 92084
WILLIAM C. RAWSON, JR., 2524 SEAVIEW AVENUE, CORONA DEL MAR, CA 92625
TRAGO INTERNATIONAL, INC., 770 NORTHWOOD BLVD, STE 8, INCLINE VILLAGE, NV 89451

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.NA